UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ROBERT H. GABLER and         )
HELEN D. GABLER                  )
                                            )
                                            )
                                            )
         Plaintiffs,                      )
                                            )   Civil Action No.
v.                                         )   04CV10242MEL
                                            )
CANDACE KALOMBRATSOS and )
GAMBRO HEALTHCARE, INC.,   )
                                            )
         Defendants                     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Douglas A. Morgan and Brooks A. Ames as counsel for the Defendants, Candace Kalombratsos, and Gambro Healthcare of Massachusetts, Inc., in the above-entitled matter.

>Respectfully submitted,
>Defendants,
>Candace Kalombratsos and
>Gambro Healthcare of Massachusetts, Inc.
>
>By their attorneys,
>
>/s Brooks A. Ames _____
>Douglas A. Morgan, BBO No. 557653
>Brooks A. Ames, BBO No. 641192
>Rindler • Morgan, P.C.
>133 Portland Street, Suite 400
>Boston, MA 02114
>Tel: (617) 973-0660

Dated: April 14, 2004