UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT H. GABLER and )
HELEN D. GABLER )
)
)
)
Plaintiffs, )
) Civil Action No.
) 04CV10242MEL
v. )
)
CANDACE KALOMBRATSOS and )
GAMBRO HEALTHCARE, INC., )
)
Defendants )

## MOTION OF THE DEFENDANT, GAMBRO HEALTHCARE OF MASSACHUSETTS, INC., ("GAMBRO"), SUED HEREIN AS GAMBRO HEALTHCARE, INC., TO TRANSFER CASE TO BRISTOL SUPERIOR COURT FOR A MEDICAL MALPRACTICE TRIBUNAL HEARING

Defendant, Gambro, hereby requests that this Court temporarily transfer this case to the Bristol Superior Court for purposes of a medical malpractice tribunal hearing, pursuant to M.G.L. c. 231, § 60B. In support of his motion, the defendant states the following:

1. This suit alleges medical malpractice against Gambro arising from its care and treatment of Robert H. Gabler in Bristol County.

2. "A medical malpractice action brought in a court other than the Superior Court must be referred to a tribunal in the Superior Court for action in accordance with [M.G.L. c. 231] § 60B and its associated sections." Austin v. Boston University Hospital, 372 Mass. 654, 659-660 (1977). Moreover, the Rules of Decision Act, 28 U.S.C. § 1652, and the Erie Doctrine require that a federal district court, sitting in diversity, refer "an action for malpractice, error or mistake against a provider of health care" arising under M.G.L. c. 231 § 60B to a medical malpractice tribunal. See Feinstein v. Massachusetts General Hospital, 643 F.2d 880, 885-888 (1st. Cir. 1981).

3. Accordingly, plaintiff's medical malpractice claim must be referred to the statutory tribunal before it can be pursued in this Court.

WHEREFORE, the defendant, Gambro, hereby requests that this Court allow its motion for the reasons stated above.

Respectfully submitted,
Defendant,
**GAMBRO**
By its attorneys,

_____
Douglas A. Morgan, BBO #557653
Brooks A. Ames, BBO #641192
**RINDLER • MORGAN, P.C.**
133 Portland Street, Suite 500
Boston, Massachusetts 02114-1728
(617) 973-0660

Dated: 5/5/04

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand or mail on 5/5/04
BAA