UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT H. GABLER and<br>HELEN D. GABLER<br><br>Plaintiffs,<br><br>v.<br><br>CANDACE KALOMBRATSOS and<br>GAMBRO HEALTHCARE, INC.,<br><br>Defendants | Civil Action No.<br>04CV10242MEL |

## MOTION OF DEFENDANT, CANDACE KALOMBRATSOS, TO TRANSFER CASE TO BRISTOL SUPERIOR COURT FOR A MEDICAL MALPRACTICE TRIBUNAL HEARING

Defendant, Candace Kalombratsos, R.N., hereby requests that this Court temporarily transfer this case to the Bristol Superior Court for purposes of a medical malpractice tribunal hearing, pursuant to M.G.L. c. 231, § 60B. In support of his motion, the defendant states the following:

1. This suit alleges medical malpractice against Nurse Kalombratsos arising out of her care and treatment of Robert Gabler in Bristol County.

2. "A medical malpractice action brought in a court other than the Superior Court must be referred to a tribunal in the Superior Court for action in accordance with [M.G.L. c. 231] § 60B and its associated sections." Austin v. Boston University Hospital, 372 Mass. 654, 659-660 (1977). Moreover, the Rules of Decision Act, 28 U.S.C. § 1652, and the Erie Doctrine require that a federal district court, sitting in diversity, refer "an action for malpractice, error or mistake against a provider of health care" arising under M.G.L. c. 231 § 60B to a medical malpractice tribunal. See Feinstein v. Massachusetts General Hospital, 643 F.2d 880, 885-888 (1st. Cir. 1981).

3. Accordingly, plaintiff's medical malpractice claim must be referred to the statutory tribunal before it can be pursued in this Court.

WHEREFORE, the defendant, Candace Kalombratsos, hereby requests that this Court allow her motion for the reasons stated above.

Respectfully submitted,
Defendant,
**Candace Kalombratsos, R.N.**
By her attorneys,


_____
Douglas A. Morgan, BBO #557653
Brooks A. Ames, BBO #. 641192
**RINDLER • MORGAN, P.C.**
133 Portland Street, Suite 500
Boston, Massachusetts 02114-1728
(617) 973-0660

Dated: 5/5/04

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand or mail on 5/5/04

_____

## RINDLER · MORGAN
A PROFESSIONAL CORPORATION

Alan B. Rindler
Douglas A. Morgan* (RI)
Paul R. Greenberg
Joanne Gulliford Hoban
Joan F. Renehan
Kelly Martin Malone
Daniel M. Surprenant
Julie A. Marinilli
Holly L. Parks
Brooks A. Ames

* Also Admitted

133 Portland Street, Suite 500
Boston, Massachusetts 02114-1728
Phone: (617) 973-0660
Fax: (617) 973-0665
Fax: (617) 973-0526

Brooks A. Ames
bames@rindlermorgan.com

FILED
IN CLERKS OFFICE
2004 JUN -2  A 11: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

June 1, 2004

Tony Anastas
Clerk of Courts
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re:   Gabler et al v. Kalombratsos et al
      1:04-cv-10242-MEL
      Our File No. 03201

Dear Sir/Madam:

Enclosed for docketing and filing in the above-referenced matter please find the following:

1. Motion of the Defendant, Gambro Healthcare of Massachusetts, Inc., ("Gambro"), sued herein as Gambro Healtchare, Inc. to Transfer Case to Bristol Superior Court for a Medical Malpractice Tribunal Hearing.

2. Motion of the Defendant, Candace Kalombratsos, to Transfer Case to Bristol Superior Court for a Medical Malpractice Tribunal Hearing.

Please be advised that plaintiff's counsel has informed us that he does not oppose these motions.

Thank you for your attention to this matter.

Very truly yours,

Douglas A. Morgan
Brooks A. Ames

BAA/ld
Enclosure
cc:   Carmen L. Durso, Esquire