

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY FEDERAL COURTHOUSE
ONE COURTHOUSE WAY
BOSTON, MA 02110
TELEPHONE: 617-748-9152

TONY ANASTAS
  CLERK

**Medical Malpractice Tribunal**
**Bristol Superior Court**
**9 Court Street**
**Room 13**
**Taunton, Mass. 02780**

**Attention: Tribunal Clerk**

**Re:** Robert Gabler, et al V. Candance Kalomtratsa, et al

**Civil Action No:** o4-cv-10242-MEL

**Dear Tribunal Clerk:**

In accordance with an Order of this Court referring the above-entitled case for Medical Tribunal Hearing, please find certified copies of the complaint, answer, amendments (if any), and Order of Referral.

Thank you for your attention to this matter.

                                                                Sincerely,

**Date:** July 7, 2004              /s/ George H. Howarth
                                                      George H. Howarth
                                                      Deputy Clerk

**Enclosures**

(Medtribl.ltr - 10/96)