UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04 10242 MEL

ROBERT H. GABLER and
HELEN D. GABLER

Plaintiffs

v.

CANDANCE KALOMTRATSA,
and GAMBRO HEALTHCARE, INC.,

Defendants

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

Effective immediately, Notice of Withdrawal of Appearance of Attorney Robert C. Gabler, on behalf of plaintiffs Robert H. Gabler and Helen D. Gabler, is hereby given to the Court and to all interested parties. The appearance of Carmen L. Durso, on behalf of the plaintiffs, remains in effect.

Respectfully,

_[signature]_

Robert C. Gabler, Esq.
BBO 547227
100 Summer St., Ste. 3232
Boston, MA 02110
(617) 728-9123
Sept. 22, 2004

CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for plaintiff, hereby certify that on this date I did serve the foregoing Notice of Withdrawal upon defendants by mailing a true copy, postage prepaid, to Douglas A. Morgan, RINDLER MORGAN, PC, 133 Portand Street, Boston, Massachusetts 02114.

DATE:  September 22, 2004

_[signature]_
CARMEN L. DURSO, ESQUIRE