UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04 10242 MEL

_____

ROBERT H. GABLER and
HELEN D. GABLER

    Plaintiffs

v.

CANDANCE KALOMTRATSA,
and GAMBRO HEALTHCARE, INC.,

    Defendants

_____

## PLAINTIFF'S DISCLOSURES UNDER
## FED. R. CIV. P. 26(a)(1), LR 26.2(A) & LR 35.1

### I. FED. R. CIV. P. 26(a)(1) & LR 26.2(A)

In accordance with Fed. R. Civ. P. 26(a)(1) and LR 26.2(A), plaintiff makes the following disclosures:

**A.**  **Individuals likely to have discoverable information relevant to disputed facts:**

| NAME: | ADDRESS & TEL NO: | SUBJECT(S): |
|---|---|---|
| Robert H. Gabler | 645 Beverly Rd. Holland, PA   18966 | Incident of 7/15/02 Damages |
| Helen D. Gabler | " | Damages |
| Candace Kalombratsos, RN | 107 Maple Rd. Middleboro, MA   02346 | Incident of 7/15/02 |
| Katerine M. Firtzpatrick, RN | 720 Windwood Dr. Apt. 205 Tiverton, RI  02878 | Incident of 7/15/02 Personnel Qualifications |
| Marianne E. Faria, RN | Gambro New Bedford 524 Union St. New Bedford, MA 02740 | Incident of 7/15/02 Personnel Qualifications |

Abington Rehabilitation Medicine, Inc.          Part Produced (Exhibit 5)
701 N. Easton Rd.                               Remainder in Facility
Willow Grove, PA   19090

Medical Records
   - Novacare Rehabilitation                      Produced (Exhibit 6)

Medical Records
   - Medical Associates of Southampton
   501 Street Rd.                                   Facility
   Southampton, PA   18966

**C.**   **Computation of the categories of damages suffered by plaintiff in this action, and the production/identification of relevant documents:**

    1.    Medical Expenses:  Undetermined

    2.    Pain and Suffering:

Mr. Gabler continues to suffer with numbness and pain down arm and hand and into fingers, restricting his participation in many of the daily activities he engaged in pre-injury.  Simple tasks of every day life (such as associated with turning, gripping, carrying, clasping, opening, buttoning,  zipping and the like) cannot be done at all or are only accomplished with great difficulty.

Mrs. Gabler is now carrying out many of the household duties that Mr. Gabler used to undertake towards maintenance of the home

    3.    Permanent loss or impairment of a bodily function: Decreased motion across the left elbow, continued burning pain into the left forearm, weakness and decreased muscular mass across the left arm, and an inability to use the left arm in activities.

    4.    Substantial disfigurement: Permanent nerve injury.

**D.**   **There are no insurance agreements relating to plaintiff.**

## II.  LR 35.1

In accordance with LR 35.1, plaintiff makes this disclosure of medical information:

**Itemized Medical Expenses Incurred:**

| | |
|---|---|
| - Wes J. Arlein, M.D. | Identified |
| - Gambro Willow Grove | Identified |
| - Zhongyu Zhang, MD<br>  Abington Integrative Care | Identified |
| - Robert J. Jubelirer, MD | Identified |
| - Moody Kwok, MD<br>  Orthopaedic Specialty Ctr. | Identified |
| -  Robert A. Sirota, MD<br>  Hypertension-Nephrology Assoc., PC | Identified |
| - Nasrat Ghattas, MD<br>  Abington Rehabilitation Medicine, Inc. | Identified |
| - Novacare Rehabilitation | Identified |
| - Medical Associates of Southampton | Identified |

Plaintiffs do anticipate future medical expenses.

All records in Plaintiffs' custody are produced herewith. Additionally, at Defendants' option, Plaintiffs are willing to execute the proper medical authorizations.

No privilege is asserted as to any medical record.

By their Attorney,

CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-728-9123
September 22, 2004

4

## CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for plaintiff, hereby certify that on this date I did serve **PLAINTIFF'S DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1), LR 26.2(A) & LR 35.1**on the defendants by mailing a true copy, postage prepaid, to Douglas A. Morgan, RINDLER MORGAN, 133 Portand Street, Boston, Massachusetts 02114.


DATE:   September 2*1*, 2004

_____
CARMEN L. DURSO, ESQUIRE

# EXHIBIT 1

Single record from New Bedford Vascular Surgical Assoc., Inc. (Wes J. Arlein, MD) 7/16/02

7/16/02

**NEW BEDFORD VASCULAR SURGICAL
ASSOCIATES, INC.
543 NORTH STREET
NEW BEDFORD, MA 02740**

Robert Gabler
#17416

77 y.o. c̄ 4 yr old (1) radiocephalic fistula. Pt came up for vaccation & got stuck in ? deep vein in upper arm c̄ hematoma, pain

RE:
— small hematoma upper arm
    no tight compartment
— numbness thumb, 2nd, & 1/2
    4th finger palmer aspect

    (2)
— excellent thrill

A/ — Median nerve injury
    — f/u @ home

# EXHIBIT 2

# Excerpts from records of Robert A. Jubelirer, MD, 8/9/02 - 3/18/03

# Surgical Care Specialists, Inc.

General, Laparoscopic
Vascular and Thoracic Surgery

Arthur M. Frankel, M.D., F.A.C.S.
Barry L. Glaser, M.D., F.A.C.S.
Robert K. Josioff, M.D., F.A.C.S.
Robert A. Jubelirer, M.D., F.A.C.S.
Peter R. McCombs, M.D., F.A.C.S.
Robert C. Schmutzler, III, M.D., F.A.C.S.
James V. Yuschak, M.D., F.A.C.S.
Theodore R. Sullivan, Jr., M.D., F.A.C.S.

August 9, 2002

Jerry M. Roth, M.D.
Medical Associates of Southampton
501 Street Road, Suite 101
Southampton, PA   18966

**Re:   Robert Gabler**

Dear Jerry:

I had the pleasure of seeing Bob on 8/5/02 for evaluation of angio access dysfunction. Bob recently underwent dialysis out of town. A needle was placed very proximally near the antecubital fossa of his forearm AV fistula, and he experienced sudden pain as well as acute swelling. This was treated as an infiltration with removal of the needle and observation. He has been cannulated more distally with success. Of concern is some acute swelling of the arm. In addition, he has median nerve neuralgia with numbness of the first three and a half digits of the left hand. I saw him about six days later hoping that with reduction in the edema, we would have reduction in the neuralgia. Unfortunately, the neuralgia persists.

I have recommended follow-up with Orthopaedic Specialty Center hand specialists to begin further work-up as to whether nerve exploration is required.

I will keep you informed as to his progress. Thanks again for the kind referral.

Sincerely yours,

Robert A. Jubelirer, M.D.

cc:   Robert A. Watson, III, M.D.
      Robert A. Sirota, M.D.
      Moody Kwok, M.D.

RAJ:dak
Dictated but not read

AUG 1 4 2002



# VASCULAR CENTER

### Abington Memorial Hospital

1200 Old York Road
Abington, PA 19001
Phone: 215.887.5934
Fax: 215.481.3481



March 18, 2003

Jerry M. Roth, M.D.
MEDICAL ASSOCIATES OF SOUTHAMPTON
501 Street Road – Suite 1
Southampton, PA 18966

Re:   **ROBERT GABLER**
      **DOB 10/23/24**

Dear Jerry:

I had the pleasure of seeing Bob for follow-up care. His left forearm AV fistula continues with excellent function and trouble-free dialysis. He does have varicosities of the vein in two spots; the upper one measures 4 x 3 cm., the lower one 5 x 3 cm. This has been stable over a long term.

Workup with regards to his left hand neuropathy continues by Dr. Kwok.

At this juncture I have recommended we continue dialysis via his left forearm AV fistula that has been patent over seven years, and I will be glad to re-see him in six months.

Thanks again for the kind referral.

Sincerely yours,

Robert A. Jubelirer, M.D.
RAJ:dm
C:    Robert Sirota, M.D.
      Moody Kwok, M.D.
      Robert A. Watson, III, M.D.
Dictated but not read.

APR 02 2003

---

Directors:

Robert A. Jubelirer, M.D.    Theodore R. Sullivan, Jr., M.D.

# EXHIBIT 3

# Records from Orthopedic Specialty Center (Moody Kwok, MD), 8/30/02 - 4/1/03



ORTHOPAEDIC
SPECIALTY
CENTER

**JOINT REPLACEMENT**
Michael J. Gratch, M.D.
Andrew M. Star, M.D.
Guy A. Lee, M.D.

**SPORTS MEDICINE**
David M. Junkin, M.D.
David V. Craft, M.D.

**PEDIATRIC SURGERY**
Philip D. Alburger, M.D.

**SPINE SURGERY**
Jeffry F. Rubin, M.D.
Andrew M. Star, M.D.
David V. Craft, M.D.

**INDUSTRIAL/REHAB MEDICINE**
Richard A. Goldberg, D.O.
Samuel C. Santangelo, M.D.

**TRAUMA & RECONSTRUCTIVE SURGERY**
John H. Wolf, Jr., M.D.

**HAND AND UPPER EXTREMITY SURGERY**
T. Robert Takei, M.D.
Moody Kwok, M.D.

September 3, 2002

Jerry M. Roth, M.D.
Medical Associates of Southampton
501 Street Road, Suite 101
Southampton, PA  18966

RE:    **Robert Gabler**
       **DOB: 10/23/24**

Dear Dr. Roth:

I saw Robert in the office on August 30, 2002. As you know, he is a 77-year-old right-hand dominant retired insurance worker whose chief complaint is left hand pain with numbness and tingling in the thumb, index, long and half of the ring finger. In addition, he has some weakness and the inability to do certain things with his left hand like button buttons. He also has weakness in his left hand as well. He does have a medical history significant for end stage renal disease for which he gets dialysis. All of this started eight weeks ago back on July 5, 2002. He was in Massachusetts on vacation and getting dialysis. They had to put a needle into his left medial humeral area. He had immediate pain down his arm and with dysesthesias into his thumb, index, long, and ring fingers. Since then, he has experienced pain and numbness in those fingers. He follows up with me for evaluation and consultation. He has never had an EMG. He denies any allergies to medications.

On examination, his left elbow has full range of motion. He has a AV fistula in his left forearm. He has the inability to flex his IP joint of the thumb and the FDP of the index finger. His resisted pronation is weaker on his left side. Tinel testing throughout the humeral area as well as the antecubital area as well as the carpal canal and the Guyon's canal are all negative. He has adequate thenar strength with no significant thenar atrophy compared to the other side. He is unable to make an "O" with his left thumb and index finger.

Impression: Left median nerve injury, most likely a common median nerve injury.

The pathophysiology was discussed with him and his wife. It most likely can result from a penetrating injury. The question is whether the median nerve is injured by penetration or from the subsequent hemorrhage or compression from the hematoma. At the present time, it is already eight weeks, and I think a baseline EMG is indicated. To that end, we are hoping that he does not have an axonotmesis or a neurotmesis. We are hoping that he has a neuropraxia. However, this will be difficult to assess unless he gets the EMG. He agrees. He is going to see me after the EMG is done. Please call us with any questions.

Sincerely,

Moody Kwok, M.D.

MK/dak   Dictated but not read.
c: Robert A. Jubelirer, M.D. Surgical Care Specialists Inc  1245 Highland Avenue  Suite 600  Abington PA 19001
   Robert A. Sirota, M.D.  Hypertension-Nephrology Associates  3940 B Commerce Drive  Willow Grove PA 19090

ORTHOPAEDIC SPECIALTY CENTER
2400 Maryland Road
Willow Grove, PA 19090-1711
(215) 830-8700

Page: _____

Patient's Name: _____

Date _____

**ROBERT GABLER**                    **DOB: 10/23/24**
**08/30/02        O.V.(Kwok)**
**              See Letter**

ROBERT GABLER   DOB: 10/23/24      ID#: 002028
10/07/02      O.V.(Kwok)
The patient is being followed for left upper extremity numbness and tingling and pain.
EMG done recently shows that he has a polyperipheral neuropathy. This could explain
his nerve symptoms; however, there is also electrodiagnostic evidence of an anterior
interosseous nerve palsy. Certainly, his clinical exam correlates that.

Exam shows that his left arm has a persistent AV fistula. He is still unable to flex the PIP
joint of his index finger; however, at the long finger it is possible. He is unable to flex
the IP joint of his thumb. He cannot make an okay sign. Tinel testing in carpal canal
gives him no specific radiation; however, he does have numbness and tingling over the
thumb and index tips only but not in the long and ring. Excellent thenar strength, no
thenar atrophy.

Impression: Left anterior interosseous palsy as well as a mixed polyneuropathy picture. I
think if the polyneuropathy has given him numbness and tingling, then clearly the anterior
interosseous nerve palsy has given him the inability to flex his thumb and index fingers.
At the present time, I think it is prudent to continue to watch him. I think any attempts at
exploration surgically would put his fistula at risk, and he has already had problems
relative to that. He is also not anxious to have any surgery relative to the above. Right
now, I think observation is the best treatment, and I will continue to see if it improves
with time alone. Call us for any questions. MK:cbs/zp

cc: Jerry M. Roth, M.D.



ORTHOPAEDIC SPECIALTY CENTER

SPINE SURGERY
Michael J. Gratch, M.D.
Andrew M. Star, M.D.
Guy A. Lee, M.D.

SPORTS MEDICINE
David M. Junkin, M.D.
David V. Craft, M.D.

PEDIATRIC SURGERY
Philip D. Alburger, M.D.

JOINT REPLACEMENT SURGERY
Jeffry F. Rubin, M.D.
Andrew M. Star, M.D.
David V. Craft, M.D.

INDUSTRIAL/REHAB MEDICINE
Richard A. Goldberg, D.O.
Samuel C. Santangelo, M.D.

TRAUMA / RECONSTRUCTIVE SURGERY
John H. Wolf, Jr., M.D.

HAND AND UPPER EXTREMITY SURGERY
T. Robert Takei, M.D.
Moody Kwok, M.D.

**ROBERT H. GABLER**      DOB: 10/23/24      ID#: 2028
**04/01/03**      O.V.(Kwok)

The patient is being followed for left median nerve and AIN neuropathy. Since the last time I saw him, he has had no really significant changes in his exam or his symptoms. Still occasional numbness in his fingers, most affected is the index finger. He still lacks the ability to flex the IP joint of his thumb and the DIP joint of the index finger. He does tell me that his fistula is his lifeline, and that he does not want any risks associated with the fistula. It is unclear whether at his age with his polyneuropathy picture that any exploration would improve his function. Right now, we are going to continue to monitor his AIN specifically and also his median nerve specifically, and I will see him in the fall. Call us for any questions. MK:cbs/zp

cc: Robert A. Sirota, MD 3940 Commerce Avenue, Suite B Willow Grove, PA 19090
    Robert Jubelirer, MD 1245 Highland Avenue #600, Abington, PA 19001
    Jerry M. Roth, MD

APR 0 9 2003

# EXHIBIT 4

Excerpts from records of Hypertension-Nephrology Associates, PC (Robert A. Sirota, MD), 8/21/02 dictation letter reflecting visit of 8/20/02 and 10/16/03 dictation letter reflecting visit of 10/10/02

Melvin Yudis, M.D., F.A.C.P.
Robert A. Sirota, M.D., F.A.C.P.
Harold D. Stein, M.D., F.A.C.P.
Edward R. Snipes, M.D., F.A.C.P.
Joseph H. Gronich, M.D., F.A.C.P.
Deirdre M. Collins, M.D.
Victor E. Ghantous, M.D., F.A.C.P.
Sabine Daudier, M.S.N., C.R.N.P.

August 21, 2002

*Hypertension—Nephrology Associates, P.C.*

Gambro Health Care
3940-A Commerce Avenue
Willow Grove, PA 19090

**Re: Robert Gabler (date seen 8/20/02)**

Bob was in the office today.  He continues to suffer mightily from problems with his left hand, which stem for an errant hematoma that occurred after his fistula was cannulated while on a trip in Boston. That occurred in late July.  He developed a hematoma and then hand dysfunction. He has been seen twice by Bob Jubelirer and unfortunately his hand dysfunction has not improved.  He has numbness and apraxia in the median nerve distribution. While the forearm has come down to normal and there is no tension left, he continues to suffer with a rather significant disability that disallows him even from activities of daily living. The access is working well, fortunately.

His lab studies from the unit were reviewed and all are acceptable.

Review of systems is negative. He denies cardiovascular problems at present. He has lost some weight and was about seven pounds heavier the last time I looked at him about three months ago.  He reports not being hungry and being somewhat angry and depressed over the state of his left hand.  He is awaiting an appointment to see Dr. Moody Kwok, which is scheduled to occur at the end of August.

On physical, blood pressure was 170/60, pulse 80. HEENT was unremarkable. Neck veins were flat. Lungs were clear to percussion and auscultation. Heart examination revealed an S4 gallop. Abdomen was benign. Legs revealed 1+ edema at the ankles, which is stable for Bob. His left hand was somewhat swollen and the left Cimino fistula was over-developed and "roaring."  He had no thenar abduction capability and the volar surface of the first three fingers of the left hand were anesthetic.

Assessment:

Access: His access is working well, however, the problem that arose from access cannulation probably has damaged his median nerve.  It is not clear how reversible that damage is and nerve

Re: Robert Gabler (date seen 8/20/02)
August 21, 2002
Page 2


conduction studies might be a good idea.  They were not
initiated  and were held in abeyance until he is seen by Dr.
Kwok.

Adequacy: Numbers are adequate.

Anemia: He is on a relatively high dose of Epo.  His hematocrit
is acceptable, although it did drop during the period of his
hematoma.

Osteodystrophy: He is on a tiny dose of Zemplar.

Nutrition: Adequate.

Hypertension: He attributes this to anxiety over his hand.
That may well be the case. He asked that his meds not be
advanced and I complied.

I gave him as much reassurance as I could over his hand.
Hopefully, his situation will resolve and I will see him again
in a month.

Robert

Robert A. Sirota, M.D.

RAS:csk
cc:  Dr. Jerry Roth
     Dr. Theodore Sullivan
     Dr. Robert Watson
     Dr. Moody Kwok



October 16, 2002

Melvin Yudis, M.D., F.A.C.P.
Robert A. Sirota, M.D., F.A.C.P.
Harold D. Stein, M.D., F.A.C.P.
Edward R. Snipes, M.D., F.A.C.P.
Joseph H. Gronich, M.D., F.A.C.P.
Deirdre M. Collins, M.D.
Victor E. Ghantous, M.D., F.A.C.P.
Sabine Daudier, M.S.N., C.R.N.P.

Gambro Health Care
3940-A Commerce Avenue
Willow Grove, PA 19090

Re: **Robert Gabler** (date seen 10/10/02)


Bob was in the office today. From a dialytic point of view, he is doing relatively well. He saw Moody Kwok twice. Nerve conduction studies were performed several weeks ago. I do not have the results of these back yet. In a detailed letter from 9/3, Dr. Kwok went over the differential diagnosis of his hand disability. He has not had too much recovery of hand function, but possibly a little. We are hoping for full recovery, although this could take some time with the median nerve damage he has.

He had skin cancer on the right hand recently removed by Dr. Pokorny and he still has a bandage for that. Interestingly, a cancerous-appearing lesion now has appeared on the dorsum of the left hand, which will also require Dr. Pokorny's attention.

His dialysis treatments are going well. He is tolerating things well in the unit. He stays for his full treatment and has no complaints. The regimen is 3.5 hours three times a week. He does not receive Zemplar. He is receiving Venofer 50 mg. weekly and he is receiving Epo 8,100 units.

His latest hemoglobin and hematocrit were at target at 12.8 and 39.3. His calcium and phosphorous looked quite good at 9.8 and 4.2. Albumin was 4.4, bicarbonate 22, potassium 5.2. KT/V was 1.4. Last ferritin was 531, iron 39.

Review of systems is otherwise negative. His fistula is working and was recently seen by Bob Jubelirer. It is large, but no action needs to be taken.

On physical, blood pressure was 155/60, pulse 80. Skin revealed thinning bilaterally over the dorsum of the hands. There was a 1.5 cm. crusted lesion on the dorsum of the left hand. The dorsum of the right hand was bandaged. The left forearm fistula was very well developed, diffusely wide but not aneurysmal. HEENT was unremarkable except for edematous "bags" under his eyes. Lungs were clear to percussion and auscultation. Heart examination revealed an S4 gallop. Abdomen

R. Gabler
Rims#136318

Re: Robert Gabler (date seen 10/10/02)
October 10, 2002
Page 2

was benign and extremities revealed 2+ edema on the left and 1+
on the right. Median nerve function in the left hand was
considerably decreased, although he can now wiggle his index
finger on the left hand.

Assessment:

Access: Working well.

Adequacy: His numbers looked pretty good with a KT/V of 1.4.
Urine output is minimal at this point.  He is a large man that
might require more dialysis. Right now I did not extend his
time, however.

Anemia: He has hit all targets and no changes were made.

Osteodystrophy: He is taking Oscal 500 1-1-2 as a phosphate
binder.  His last PTH was 51 and he is not on Zemplar.  Recent
literature suggests that he might be better off on a Sevelamer
and he was changed today to Renagel 800 mg. 1-1-2 to substitute
for his Oscal.

Nutrition: Adequate.

Hand apraxia: Hopefully improving.  I recommended occupational
therapy.

Skin cancers: To be removed by Dr. Pokorny as needed.

No other actions were taken today.

Robert A. Sirota, M.D.

RAS:csk
cc:  Dr. Jerry Roth
     Dr. Ivan Pokorny

Addendum: A flu shot was given today in this office.

# EXHIBIT 5

# Consultation report reflecting nerve conduction test dated 9/6/02 by Nasrat Ghattas, MD

**ABINGTON REHABILITATION MEDICINE, INC**

V. Theerasakdi, M.D.
Katherine Thetgyi, M.D.
Steven P. Levin, M.D.
Richard P. Rosenstein, D.O.
Amelia Tabuena, M.D.
Nasrat G. Ghattas, M.D.

701 N. Easton Road
Willow Grove, PA 19090
(215) 830-9568
Fax (215) 830-9579

Rehabilitation Medicine
Electrodiagnosis
Sports Medicine
Gait Analysis
Orthotics/Prosthetics

PATIENT:    GABLER, ROBERT

DATE:       September 6, 2002

DOCTOR:     Moody Kwok, M. D.
            2400 Maryland Avenue
            Willow Grove, PA  19090

### ELECTRODIAGNOSTIC CONSULTATION AND ELECTRODIAGNOSTIC EXAMINATION

Dear Dr. Kwok:

I had the privilege of examining your patient, Mr. Gabler for evaluation of left median nerve injury.

#### BACKGROUND INFORMATION:

As you know Mr. Gabler is a 78-year-old male.  He presented with complaints of numbness in the left thumb, index and middle fingers.  Of note, the patient is right-handed.    The patient relates his symptoms following hemodialysis done in mid-July in Massachusetts.  In addition to numbness, he had dull ache and lost sensation in the above mentioned fingers and also in addition to that the lateral part of the left hand.

Past medical history is significant for chronic renal failure on hemodialysis and high blood pressure.  Past surgical history is significant for cataract surgery, AV shunt left arm, and left shoulder surgery.

Medications:  Albuterol, Nephrocaps, Felodipine, and Lasix.

Review of systems:   The patient denies any problem in the right upper extremity or both lower extremities.  He denies any history of diabetes.

#### PHYSICAL EXAMINATION:

Physical examination shows a 78-year-old male in no acute distress. Musculoskeletal examination of both hands shows evidence of atrophy of the thenar muscles of the hands on both sides.   Examination of the movement of the index joints shows the patient is unable to flex neither the proximal interphalangeal joint or the distal interphalangeal joint of the left index. Also the patient is unable to flex the interphalangeal joint of the left thumb.   The patient was unable to perform the OK sign with the left hand. There is clinical evidence of weakness of the flexor pollicis longus and weakness of both the flexor digitorum profundis and the flexor digitorum superficialis of the left index.   Examination of the right hand shows decreased sensation on the lateral forefingers and also loss of sensation in the bottom of the thumb.  There was loss of sensation on the lateral side of the palm.