GABLER, ROBERT
PAGE 2 - ELECTRODIAGNOSTIC CONSULTATION AND ELECTRODIAGNOSTIC EXAMINATION
09/06/02

**ELECTRODIAGNOSTIC EVALUATION:**

Nerve conduction studies were done for the median, ulnar and radial nerves on both sides. There were no motor evoked potentials recruited from the left median nerve and the left ulnar nerve. Motor evoked potentials at the wrist were also with very decreased amplitude from the right median nerve. Sensory conduction studies were done on the left median nerve. There was no sensory evoked response elicited both at the wrist and at the elbow. Sensory evoked potentials from the right median nerve were with very prolonged peak latency. Sensory evoked potentials from the left ulnar nerve were absent with no response. In addition, sensory evoked potentials from the radial nerve at the wrist were absent on both sides.

Electromyographic study of selected muscles from the left upper extremity was done. The muscles studied included the deltoid, triceps, biceps, pronator quadrates, abductor pollicis brevis and left first dorsal interosseous muscle. There were normal resting muscle potentials from all the muscles studied except there was increased insertional activity from the pronator quadrates and the abductor pollicis brevis. There was also fibrillation evoked from the abductor pollicis brevis. These fibrillations were of low amplitude pointing to the chronic nature of the lesion. In addition, there was decreased recruitment and decreased interference pattern from both of the pronator quadrates and the abductor pollicis brevis.

Inching technique for the median nerve was technically very difficult to perform due to the fact that the big A/V shunt occupies and obscures ~~because~~ on the median nerve on the left forearm. the course

**IMPRESSION:**

There are electrodiagnostic findings suggestive of peripheral neuropathy in both of the upper extremities. There is also clinical and electrodiagnostic evidence suggestive of left anterior interosseous neuropathy.

Please correlate the above electrodiagnostic findings with clinical tests and any additional diagnostic tests.

Thank you for allowing me to participate in the care of this fine gentleman. Please don't hesitate to call me about any questions.

Sincerely,

N. Ghattas

**NASRAT GHATTAS, M. D.**

NG/tld

# EXHIBIT 6

# Novacare Rehabilitation records, 1/6/03 - 1/17/03

NovaCare REHABILITATION 2400 Maryland Road Suite 10, Willow Grove, PA 19001 215-830-9595: Fax 215-830-9651

# Upper Quarter Evaluation Form / Plan of Care

Patient: Robert Gabler  DOB: 10/23/24
Physician: Dr Goodman - Med Assoc. of Southampton  Next Physician appt:  Date: 1/6/03
Diagnosis: Peripheral n. injury LUE  Date of injury: 7/15/02
Surgical Procedure: N/A  Date of surgery: N/A
Allergies:  Medications:

Involved Extremity: ☐ Right ☒ Left ☐ Bilateral
Hand Dominance: ☒ Right ☐ Left

(Dr. Sirotta - Kidney Dr) Has dialysis 3x wk. Fistula radial f/A (L) 1997

Subjective Reports:

| | |
|---|---|
| Past Medical History: | (+) dialysis c fistula (+) squamous cell skin CA (L) dorsal hand + f/A + (R) dorsal hand |
| Work Status: | ☐ Full Duty ☐ Temporary Altered Work ☐ Out of Work ☒ N/A |
| Occupation: | Retired |
| Reported Mechanism of Injury: | Pt was away in Massachusetts + had dialysis. While there - the technician gave a needle to (L) medial upper arm on 7/15/02. Pt developed constant numbness, pain + swelling |

☒ Traumatic Incident ☐ Insidious Onset ☐ Work Related ☐ No Obvious Incident
☐ Non-Traumatic Incident ☐ Gradual Onset ☐ Motor Vehicle Accident ☐ Chronic Condition

c/o periodic quick shocks of pain to fingers. Hand gets tremulous. Has cramping in palm

Saw Dr Jubilee re: previous fistula which was OK. He referred him to Dr. Kwok who had an EMG - NCS performed + wanted a follow-up. Pt. has been unable to attend therapy until now 2° to having surgery for skin cancer.

| | |
|---|---|
| Chief Complaints: | c/o dull ache in (L) 1,2,3 fingernails + those fingers get cold easily. Has numbness volar/dorsal (L) 1,2,3. |
| Functional Restrictions: | Unable to button using (L) hand. Just able to tie shoes now. Dif tying a neck tie. Unable to do house repairs + mechanical actions. |
| Status since onset: | ☐ Better ☒ Same or slight improvement ☐ Worse Unable to use screwdriver, objects + pliers drop out of hand frequently |
| Pain Scale : | 12 Worst; 0 Least; ___ Current (0=no pain, 10= severe pain) |
| Prior Level of Function: | full use prior to 7/15/02 |
| Pain with the following: | Grasping ☐ Yes / ☐ No unable  Writing ☐ Yes / ☒ No RHD<br>Lifting ☐ Yes / ☐ No (limited at lbs.) |
| Diagnostic Tests: | EMG-NCS - Pt unsure of results |

Hobbies: works out at a gym - aerobics + wt lifting.

## Objective Measurements:

| RANGE OF MOTION: | AROM R | AROM L | PROM R | PROM L |
|---|---|---|---|---|
| Shoulder Flex / Ext | | | | |
| Abduction | | | | |
| Int / Ext Rotation | | | | |
| Elbow Flex / Ext | | WNL | | |
| Forearm Sup / Pron | | | | |
| Wrist Flex / Ext | | | | |
| Uln / Rad Deviation | | | | |

| | MCP | PIP | DIP | FLEX. TO DPC RIGHT | FLEX. TO DPC LEFT |
|---|---|---|---|---|---|
| Index | 0/80 | 3/122 | 45/145 | | 7.5cm |
| Long | 0/83 | 0/98 | 0/74 | | 3.0 |
| Ring | 0/84 | 0/95 | 0/67 | | 3.0 |
| Small | 0/84 | 0/85 | 0/33 | | 2.4 |
| Thumb | /72 | ⟶ | /15 | | |

| | Rad. Abd. | Palm Abd. | Opposition |
|---|---|---|---|
| Thumb | 5.8cm | | 1cm to index |

normal to rest

GRIP STRENGTH:

| | Right | Left |
|---|---|---|
| Position I | Lb. | Lb. |
| Position II & III | Lb. NT | Lb. |
| Position IV & V | Lb. | Lb. |

PINCH STRENGTH:

| | Right | Left |
|---|---|---|
| Lateral | Lb. | Lb. |
| 3 Point | Lb. NT | Lb. |

STRENGTH: ☐ WNL except for the following:

NovaCare REHABILITATION

a Select Medical company

# OT DAILY TREATMENT NOTES

**Patient Name:** Robert Gabler **DOB:**

| Date | 1/6/03 | Visit # | 1 | Signature | S. Burkard COTR/L CHT |
|---|---|---|---|---|---|

**Subjective:** Dx: (L) periph. n. injury (possibly ant. interosseous n.) DOI: 7/15/02

**Objective:** Following therapy as per exercise log:

☒ TE 5' min. ☐ DTA ___ min. ☐ MTT ___ min. ☐ HP ___ min. ☐ Re-evaluation – See Progress Report ☐ WCS
☐ PB ___ min. ☐ MA ___ min. ☐ FL ___ min ☐ OFT/OFI ☐ Iontophoresis @
☐ WP @ ___ °F for ___ min. ☐ US @ ☐ ESU ___ min. ☐ WH

TE was performed. Performed limited TES independ. T gave written home prog sheets for reference.

**Assessment:**

**Plan:** Get EMG report from D/S office. Check w ROM + get grip baseline next visit. Check shdr + elbow) AROM.

**Charges:** IOT-1 TE-1

| Date | 1/10/03 | Visit # | 2 | Signature | S. Burkard COTR/L CHT |
|---|---|---|---|---|---|

**Subjective:** Reports no Δ c alt. sens. Reports doing his exercises regularly

**Objective:** Following therapy as per exercise log:

☒ TE 15 min. ☐ DTA ___ min. ☐ MTT ___ min. ☐ HP ___ min. ☐ Re-evaluation – See Progress Report ☐ WCS
☐ PB ___ min. ☒ MA 5' min. ☐ FL ___ min ☐ OFT/OFI ☐ Iontophoresis @
☐ WP @ ___ °F for ___ min. ☐ US @ ☐ ESU ___ min. ☐ WH

W/V: 76/70 Grip II (R) 75 (L) 40#

**Assessment:** Slight index DIP ✓ noted c blocking; isolating jt; No active IP VT!

**Plan:** Continue OT

**Charges:** TE-1 MA-1

| Date | 1/13/03 | Visit # | 3 | Signature | S. Burkard COTR/L CHT |
|---|---|---|---|---|---|

**Subjective:** "I've been doing my exercises regularly at home"

**Objective:** Following therapy as per exercise log:

☒ TE 15 min. ☐ DTA ___ min. ☐ MTT ___ min. ☐ HP ___ min. ☐ Re-evaluation – See Progress Report ☐ WCS
☐ PB ___ min. ☐ MA ___ min. ☐ FL ___ min ☐ OFT/OFI ☐ Iontophoresis @
☐ WP @ ___ °F for ___ min. ☐ US @ ☐ ESU ___ min. ☐ WH

Pt has a good understanding of home program

**Assessment:** Tolerated program well. No T' IP V noted

**Plan:** Add MA p/s next visit + digit tabletop ext exercise. Consider D/C'ing to home mgmt. soon.

**Charges:** TE-1

**No Show Dates:** **Cancellation Dates:**

**Other Communication:**

TE = Therapeutic Exercise to develop strength, endurance, range of motion and flexibility
DTA = Use of dynamic activities to improve functional performance
MTT = Manual Therapy Techniques (e.g mobilization/manipulation, manual lymphatic drainage, scar transfriction technique, myofascial technique)
SAS, LAS, DS, FS, OFT, OFI = Splinting to protect, support, immoblize and /or increase ROM
FL (fluidotherapy) and PB (paraffin bath) = To increase soft tissue extensibility, increase blood flow, and decrease pain
PROM = Passive range of motion provided by clinician to enhance flexibility and functional mobility
NR = Neuromuscular re-education including balance, coordination, proprioception, kinesthetic sense, and posture
MA = Massage, including effleurage, petrissage, retrograde, and/or tapotement (stroking, compression, percussion)
WP = Whirlpool for wound care ESU = Unattended E-Stim for pain/edema management or FES (functional E-stim)
WH = Work Hardening to increase endurance for return to work activities US = Ultrasound, includes preparation, delivery, and clean-up
WCS= Debridement and/or dressing change for wound care.

**Patient Name:** Robert Gabler **Date:** 1/6/03

**Palpation / Tenderness:** N/A

**Coordination Testing:** To be assessed in future

**SPECIAL TESTING:**
☐ Thenar Atrophy ☐ CMC Grind ☐ Finkelstein's

| | | | |
|---|---|---|---|
| | ☐ + / ☐ - | | ☐ + / ☐ - |
| | ☐ + / ☐ - | | ☐ + / ☐ - |

**Sensation:** ☐ Within Normal Limits ☒ See attached diagram ☐ no complaint of sensory changes

**Edema Measurements:**

| | R | L |
|---|---|---|
| Prox Phlx: | 7.1 cm. | long 7.6 cm. |
| Mid Phlx: | ___ cm. | ___ cm. |
| Distal Phlx: | ___ cm. | ___ cm. |
| Wrist: | 18.7 cm. | 19.3 cm. |
| PIP Jt.: | ___ cm. | ___ cm. |
| DIP Jt.: | ___ cm. | ___ cm. |
| Trans MC girth: | 21.8 cm | 22.3 cm |
| <other>: | ___ cm. | ___ cm. |

Index prox phal (R) 7.2 (L) 7.6

**Observation / Wound:** Skin discoloration (B) dorsal hands. Thenar atrophy (B)ly. Old scars from skin CA removal (B) dorsal hands + (L)

**FUNCTION:**

| Activity | | Functional Goals/Time Frames |
|---|---|---|
| Tight grip | ☐WNL / ☐ Limitation: | ↑ V of index to 4 cm to DPC in 6 wks dorsal PIA |
| Lifting | ☐WNL / ☐ Limitation: | full functional PROM of (L) hand |
| Pinch | ☐WNL / ☐ Limitation: | ↓ edema by .5 cm MCs + w. in 6 wks |
| Carrying | ☐WNL / ☐ Limitation: | Pt will be (I) to button c (L) in 6 wks |
| Dressing | ☐WNL / ☐ Limitation: | |
| Open Containers | ☐WNL / ☐ Limitation: | |
| <Other> | ☐WNL / ☐ Limitation: | (I) c home program in 6-8 visits |

**ASSESSMENT:**

| | | | | | |
|---|---|---|---|---|---|
| Pain | ☒ Yes / ☐ No (min) | Loss of Motion | ☒ Yes / ☐ No | Swelling | ☒ Yes / ☐ No |
| Soft Tissue Injury | ☒ Yes / ☐ No | Weakness | ☒ Yes / ☐ No | Palpable Tenderness | ☐ Yes / ☒ No |
| Functional Loss | ☒ Yes / ☐ No. Describe: | | | <Other> | ☐ Yes / ☐ No |

**Additional Comments:**
Ant. interosseous nerve function is compromised.

**TREATMENT PLAN:**
☒ Therapeutic Exercise ☒ Hot / Cold Pack / Paraffin ☐ Ice Massage ☐ Wound Care
☒ Therapeutic Activities ☐ Whirlpool / Fluidotherapy ☐ Phonophoresis ☒ Home Exercise Program
☐ Electrical Stimulation ☐ Ultrasound ☐ Iontophoresis ☐ Manual Therapy Techniques
☐ Splinting. Specify ___ ☐ <Other> ☒ Differential Tendon Glides

**Additional Comments:**

**Frequency / Duration:** 2 Times / week for 2 weeks Then 1x wk x 2-4 wks
**Rehabilitation Potential:** ☐ Excellent ☐ Good ☒ Fair ☐ Poor
**Patient understands diagnosis/prognosis and consents to treatment plan and goals:** ☒ Yes

Suzanne Burkardt OTR/L CHT 010015381
Therapist Name, Credentials and License # (printed)

S Burkardt OTR/L CHT
Therapist Signature and Date



# SENSATION ASSESSMENT

**Patient Name:** Robert Gabler **Date:** 1/6/03

**Hand Dominance:** ☐ Right ☐ Left **Type of Injury:** ______ **DOI / DOS:** ______

| FILAMENT | INTERPRETATION | FORCE (grams) |
|---|---|---|
| 1.65 – 2.83 (Green) | Normal | .008 - .08 |
| 3.22 – 3.61 (Blue) | Diminished Light Touch | .172 - .217 |
| 3.84 – 4.31 (Purple) | Diminished Protective Sensation | .445 - 2.35 |
| 4.56 (Red) | Loss of Protective Sensation | 4.19 |
| 6.65 (Red) | Deep Pressure Sensation | 279.4 |
| (Red Lined) | Tested with No Response | |

Two-Point Discrimination Norms
Normal: Less than 6 mm
Fair: 6 to 10 mm
Poor: 11 to 15 mm
Protective: One point perceived
Anesthetic: No points perceived
(L) dorsal
(L) volar
4.31
4.31
4.31
4.31
4.31
3.61
4.31
3.61
3.61
2.83
4.31
4.31
2.83
6.65
4.31
6.65
4.31
2.83
6.65
4.56
4.56
4.56
6.65
2.83
4.31
4.56
4.31
4.31
2.83
2.83

**Comments:** loss of protective sensation volar hand, esp Thumb + index + dorsal tip long.

**Recommendations:** Safety instruction for loss of sensation

Suzanne Burkardt OTR/L CHT
Therapist Name, Credentials and License # (printed)

S Burkardt OTR/L CHT
Therapist Signature and Date

3 of 3

NovaCare Rehabilitation IE 5 Upper Quarter


NovaCare
Helping Make Life a Little Better.

THUMB - 14
IP Flexion (Active Blocked)

Brace thumb, leaving tip free to bend as far as possible.

Repeat 10 times.
Do 3 sessions per day.

Copyright VHI 1993

THUMB - 22
Composite Flexion (Active)

Bend at both joints of thumb as far as possible. Try to touch base of little finger.

Repeat 10 times.
Do 3 sessions per day.

Copyright VHI 1993

THUMB - 29
Opposition (Active)

Touch end tip of thumb to nail tip of each finger in turn, making an "O" shape.
Repeat 10 times. Do 3 sessions per day.

Copyright VHI 1993

THUMB - 26
Radial Adduction / Abduction (Active)

Move thumb out to side.
Move back alongside index finger.
Repeat 10 times. Do 3 sessions per day.

Copyright VHI 1993

THUMB - 21
Composite Flexion (Passive)

Use other hand to bend both joints of thumb at the same time.

Hold _____ seconds.

Repeat _____ times.
Do _____ sessions per day.

THUMB - 23
Composite Extension (Passive)

Straighten thumb completely at both joints, using other hand. Hold _____ seconds.

Repeat _____ times.
Do _____ sessions per day.

NovaCare, Inc. Outpatient Rehabilitation
2400 Maryland Road, Suite 10 Willow Grove, Pennsylvania 19090 215 830 9595 Fax 215 830 9651

3x per day

# TENDON GLIDING EXERCISES

Straight Extension

Hook Fist

Full Fist

1. Start with your fingers and wrist in the straight position (far left).
2. Proceed in sequence to the hook fist, then full fist.
3. Make each type of fist 10 times, holding each for 3 seconds each time.
4. Perform these exercises 3 times every day.

---

Straight Extension

Table Top

Straight Fist

1. Start with your fingers and wrist in the straight position (far left).
2. Make each type of fist 10 times, holding each for 3 seconds each time.
3. Perform these exercises 3 times every day.

---

Fingers Open and Close

1. Lay hand flat on a table with palm facing downward. Fingers are closed, but extended.
2. O[illegible] fingers as wi[illegible] possible, then close fingers.
3. Do _____ times, ho[illegible]ing for _____ [illegible].
4. Perform _____ times every day.

# BLOCKING EXERCISES

10 reps
3x per day

INT
(PIP)

PROXIMAL INTERPHALANGEAL (P
JOINT

- Use the other hand to hold below joint:
- Bend and hold for 3 seconc
- Straighten and hold for 3 seconds.

~~Thumb~~, index, + long fi

DIP
JOINT

DISTAL INTERPHALANGEAL (DIP)
JOINT

- Use the other hand to hold below joint
- Bend and hold for 3 seconc
- Straighten and hold for 3 seconds.

Thumb, index, + long finger

* Use right hand to gently flex the thumb + index end joints down into your palm + hold for 10 sec. Repeat 5.



NovaCare

**HAND CARE - 12**
Scar Tissue Massage

Place pad of fingertip on scar area. Apply steady downward pressure while moving in circular fashion. Use another finger on top to assist. Repeat until entire scar has been covered.
Repeat _____ times. Do _____ sessions per day.

Copyright VHI 1993

**HAND CARE - 7**
Edema Reduction (Retrograde Massage)

A.
Enclose tip of finger with other hand and slide toward wrist.

B.
For larger areas, massage toward the body in one direction only.

Repeat 5 minutes times.
Do 2 sessions per day.

Ⓐ
Ⓑ

Copyright VHI 1993

**HAND CARE - 8**
Edema Reduction (String Wrapping)

Start at fingertip, making loop with end sticking out.
Wrap around finger with even tension.
Immediately unravel by pulling cord end at fingertip.
Repeat _____ times. Do _____ sessions per day.

Copyright VHI 1993

**HAND CARE - 9**
Edema Reduction (Coban Wrap)

Wrap from tip of finger to base with slight overlap.
Wear for _____ hours, _____ times per day.
Check fingertip color to make sure wrap is not too tight.

Copyright VHI 1993

**HAND CARE - 10**
Edema Reduction (Ice Massage)

Take ice cube and rub on area indicated for _____ seconds.

Use paper or washcloth to protect other hand while holding ice.

Do _____ sessions per day.

Copyright VHI 1993

**HAND CARE - 11**
Edema Reduction (Ice Bag)

Wrap a bag of frozen peas or crushed ice in thin to ____ , and place on hand for _____ minutes. Do _____ times per day.

Copyright VHI 1993

NovaCare, Inc. Outpatient Rehabilitation
2400 Maryland Road, Suite 10 Willow Grove, Pennsylvania 19090 215 830 9595 Fax 215 830 9651


NovaCare
Helping Make Life a Little Better.

3x per day

## WRIST FLEXION AND EXTENSION

1. Support forearm on the table with the wrist hanging freely over the edge.
2. Bend wrist towards the floor, keep fingers relaxed.
3. Hold for 3 count.
4. Raise wrist toward ceiling, keep fingers relaxed.
5. Hold for 3 count.
6. Repeat procedure 5 times.

---

## RADIAL AND ULNAR DEVIATION

A.

1. Lay hand flat on table, palm down. Move wrist toward thumb side and hold for _____ count. Move wrist toward small finger side and hold for _________ count.
2. Repeat this procedure _______ times.

B.

1. Stabilize elbow at side with thumb toward ceiling. Move wrist up toward ceiling, then move wrist down toward floor.
2. Repeat this procedure _______ times.

---

## WRIST CIRCLES

Make circles with wrist in a clockwise and counterclockwise direction.
Repeat procedure _________ times.

NovaCare, Inc. Outpatient Rehabilitation
2400 Maryland Road, Suite 10 Willow Grove, Pennsylvania 19090 215 830 9595 Fax 215 830 9651

NovaCare REHABILITATION
a Select Medical company

# OT DAILY TREATMENT NOTES

**Patient Name:** Robert Galder **DOB:**

| Date | 1/17/03 | Visit # | 4 | Signature | [illegible] |
|---|---|---|---|---|---|

**Subjective:** Pt feels comfortable c doing (I) HEP.

**Objective:** Following therapy as per exercise log:

☒ TE 15 min. ☐ DTA ___ min. ☐ MTT ___ min. ☒ HP 10 min. ☐ Re-evaluation – See Progress Report ☐ WCS
☐ PB ___ min. ☒ MA 25 min. ☐ FL ___ min ☐ OFT/OFI ☐ Iontophoresis @ ___
☐ WP @ ___ °F for ___ min. ☐ US @ ___ ☐ ESU ___ min. ☐ WH

Pt given D'l tabletops & sup/pron to add to HEP. Reviewed (I) w.p.

**Assessment:** Pt ready to continue HEP until nerve regeneration.
**Plan:** ~~[illegible]~~ Error ER D/C to (I) HEP.

**Charges:** TE, MA

| Date | | Visit # | | Signature | |
|---|---|---|---|---|---|

**Subjective:**

**Objective:** Following therapy as per exercise log:

☐ TE ___ min. ☐ DTA ___ min. ☐ MTT ___ min. ☐ HP ___ min. ☐ Re-evaluation – See Progress Report ☐ WCS
☐ PB ___ min. ☐ MA ___ min. ☐ FL ___ min ☐ OFT/OFI ☐ Iontophoresis @ ___
☐ WP @ ___ °F for ___ min. ☐ US @ ___ ☐ ESU ___ min. ☐ WH

**Assessment:**
**Plan:**

**Charges:**

| Date | | Visit # | | Signature | |
|---|---|---|---|---|---|

**Subjective:**

**Objective:** Following therapy as per exercise log:

☐ TE ___ min. ☐ DTA ___ min. ☐ MTT ___ min. ☐ HP ___ min. ☐ Re-evaluation – See Progress Report ☐ WCS
☐ PB ___ min. ☐ MA ___ min. ☐ FL ___ min ☐ OFT/OFI ☐ Iontophoresis @ ___
☐ WP @ ___ °F for ___ min. ☐ US @ ___ ☐ ESU ___ min. ☐ WH

**Assessment:**
**Plan:**

**Charges:**

**No Show Dates:** **Cancellation Dates:**

**Other Communication:**

TE = Therapeutic Exercise to develop strength, endurance, range of motion and flexibility
DTA = Use of dynamic activities to improve functional performance
MTT = Manual Therapy Techniques (e.g mobilization/manipulation, manual lymphatic drainage, scar transfriction technique, myofascial technique)
SAS, LAS, DS, FS, OFT, OFI = Splinting to protect, support, immoblize and /or increase ROM
FL (fluidotherapy) and PB (paraffin bath) = To increase soft tissue extensibility, increase blood flow, and decrease pain
PROM = Passive range of motion provided by clinician to enhance flexibility and functional mobility
NR = Neuromuscular re-education including balance, coordination, proprioception, kinesthetic sense, and posture
MA = Massage, including effleurage, petrissage, retrograde, and/or tapotement (stroking, compression, percussion)
WP = Whirlpool for wound care
ESU = Unattended E-Stim for pain/edema management or FES (functional E-stim)
WH = Work Hardening to increase endurance for return to work activities
US = Ultrasound, includes preparation, delivery, and clean-up
WCS= Debridement and/or dressing change for wound care.

2x wk/2wks then 1x wk . Key 65 (2) Periph n. injury c hand dysfunction (ant. interosseous)

# EXERCISE LOG

P.T/OT Dr. Goodman Patient Name: Robert Gabler Dx:

| DATE | 1/6/03 | 1/10 | 1/13 | 1/17 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test and Measures | I.E/TM | | | | | Tm | | | | | | Tm |
| Hot pack (L) hand elevation | | ✓ | 10' | 10' | | | | | | | | |
| MEM massage | | 5' | no time | 5 | | | | | | | | |
| gentle PROM T IP + index DIP ✓ | | ✓ | ✓ | ✓ | | | | | | | | |
| place-holds fingers ✓ | | 10 | 10 | 10X | | | | | | | | |
| Blocking T, index, long DIP PIP | | 10 | 10 | 10 | | | | | | | | |
| TGEs | | 10 | 10 | 10 | | | | | | | | |
| | tabletop digit ext | add → | → | add 10X | | | | | | | | |
| T opp, rad ABD, + combined | | 5 | 5 | 5X | | | | | | | | |
| W V | | 10 | 10 | 10X | | | | | | | | |
| | 9 hole pegboard | 2X | 3X | 3X | | | | | | | | |
| | Griptease | 2' | 2' | 2' | | | | | | | | |
| sup/pron | | | | 10X | | | | | | | | |

CHECK Rx EXPIRATION DATE!!



NovaCare
REHABILITATION

a Select Medical company

Patient Focused Quality Driven

Date 1/28/03

Re: Robert Gabler DOB: 10/23/24

Diagnosis: (L) UE peripheral nerve injury Date of Initial Eval: 1/6/03

Date of Injury: 7/15/02 Last Seen On: 1/17/03

Dear Doctor: Goodman,

Thank you for the referral of your patient, Robert.

This patient has been discharged from occupational therapy services for the following reason(s):

X Patient has satisfactorily achieved the goals, which were set for occupational therapy.

______ Patient declines to continue care at this time.

______ Patient's level of care no longer requires an skilled occupational therapy.

______ Patient's progress towards goal has plateaued.

______ Patient is unable to continue to work towards goal due to medical/ psychological/personal complications.

______ Patient has been given a home exercise program to continue on his/ her own.

Objective Findings: Please refer to last progress report.

If you have any questions concerning this patient's treatment, please feel free to contact me at (215)830-9595. Thank you.

Sincerely yours,

Suzanne Burkhardt OTR/L, CHT Kim Rosinski OTR/L,CSCS

NovaCare Rehabilitation novacare.com

2400 Maryland Road, Suite 10 • Willow Grove, PA 19090 • 215-830-9595 • Fax: 215-830-9651