UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT H. GABLER and
HELEN D. GABLER

    Plaintiffs

v.

CANDANCE KALOMTRATSA,
and GAMBRO HEALTHCARE, INC.,

    Defendants

Case No. 04 10242 MEL

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PER LR 16.1**

    Plaintiffs, along with their counsel, hereby certify that they have conferred for the purposes of establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and considering the resolution of the litigation through the use of alternative dispute resolution programs.

_____  _____  _____
Carmen L Dukso, Esq.        Robert H. Gabler              Helen D. Gabler

September 21, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04 10242 MEL

ROBERT H. GABLER and
HELEN D. GABLER

    Plaintiffs

v.

CANDACE KALOMBRATSOS,
and GAMBRO HEALTHCARE, INC.,

    Defendants

### CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for the plaintiffs, hereby certify that on this date, October 14, 2004, I did serve a true copy of Plaintiffs' Certification of Conference per LR 16.1 by causing same to be delivered by first-class mail, postage paid, to the attorney of record for Defendants Gambro Healthcare, Inc. and Candace Kalombratsos as such:

Brooks A. Ames, Esq.
RINDLER MORGAN
133 Portland St.
Boston, MA  02114-1728

                                                Carmen L. Durso, Esq.