# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

ROBERT H. GABLER and
HELEN D. GABLER,
      Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10242 MEL**

CANDACE KALOMBRATSOS, and
GAMBRO HEALTHCARE, INC.,
      Defendants

TO: (Name and address of Defendant)

Gambro Healthcare, Inc.
c/o Corporation Service Company
84 State St.
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carmen L. Durso, Esq.
Law Office of Carmen Durso
100 Summer St., 32nd Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: FEB 0 4 2004

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 10, 2004

I hereby certify and return that on 4/5/2004 at 3:25:00 PM I served a true and attested copy of the Summons, Complaint, and First Amended Complaint in this action in the following manner: To wit, by delivering in hand to B.Montanez,Process Clerk, agent, person in charge at the time of service for Gambro Helathcare, Inc., at , 84 State Street, C/O Corporation Services Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

John Cotter

*Deputy Sheriff*