UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
ROBERT H. GABLER and                )
HELEN D. GABLER                     )
                                    )
                                    )
         Plaintiffs,                )
                                    )   Civil Action No.
v.                                  )   04CV10242MEL
                                    )
CANDACE KALOMBRATSOS and            )
GAMBRO HEALTHCARE, INC.,            )
                                    )
         Defendants                 )
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE

     Please withdraw my appearance as attorney for the defendants, Candace Kalombratsos and Gambro Healthcare, Inc., in the above-entitled case. Douglas A. Morgan of RINDLER • MORGAN, P.C. will continue his representation of the defendants.

                                            The Defendant,
                                            Candace Kalombratsos
                                            Gambro Healthcare, Inc.

                                            By their attorney,

                                            _____/s Brooks A. Ames_____
                                            Brooks A. Ames, BBO # 641192
                                            **RINDLER • MORGAN, P.C.**
                                            133 Portland Street, Suite 500
                                            Boston, MA 02114-1728
                                            (617) 973-0660

Dated: 12/28/04