UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT H. GABLER and<br>HELEN D. GABLER,<br><br>          Plaintiffs,<br><br>v.<br><br>CANDACE KALOMBRATSOS and<br>GAMBRO HEALTHCARE, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04CV10242MEL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Holly L. Parks as counsel for the Defendants, Candace Kalombratsos and Gambro Healthcare of Massachusetts, Inc., in the above-entitled matter.

                                        Respectfully submitted,
                                        Defendants,
                                        Candace Kalombratsos and
                                        Gambro Healthcare of Massachusetts, Inc.

                                        By their attorney,


                                        /s Holly L. Parks_____
                                        Douglas A. Morgan, BBO No. 557653
                                        Holly L. Parks, BBO No. 647273
                                        Rindler • Morgan, P.C.
                                        133 Portland Street, Suite 500
                                        Boston, MA 02114
                                        Tel: (617) 973-0660


Dated:  May 2, 2005