COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT

Bristol, ss.                                              C.A. No. 04-766

**ROBERT H. GABLER, ET AL,**
**Plaintiffs,**

vs.

**CANDACE KALOMBRATSOS, ET AL**
**Defendants.**

**ORDER TO RETRANSFER**

A tribunal having been held on January 14, 2005, this matter is ordered re-transferred to the U.S. District Court.

By the Court, (E. Susan Garsh, Justice)

*Valerie A. Brodeur*
Asst. Clerk/Magistrate

April 26, 2005

A True Copy By Photostatic Process
Attest:
Asst. Clerk of Courts