UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04 10242 MEL

ROBERT H. GABLER and
HELEN D. GABLER

    Plaintiffs

v.

CANDACE KALOMBRATSOS,
and GAMBRO HEALTHCARE, INC.,

    Defendants

## PLAINTIFFS' MOTION TO CONVENE SCHEDULING CONFERENCE UNDER FED. R. CIV. P. 16 AND LR 16.1 (A) (ASSENTED)

Plaintiffs Robert H. Gabler and Helen D. Gabler hereby request the Court to schedule a conference under Fed. R. Civ. P. 16 and LR 16.1 for the reasons set forth in the accompanying Memorandum of Reasons.

        Respectfully,
        By their Attorney,

        _/s/ Carmen L. Durso_
        CARMEN L. DURSO, ESQUIRE
        B.B.O. # 139340
        100 Summer Street, Suite 3232
        Boston, MA 02110-2104
        617-728-9123

April 29, 2005

ASSENTED:

The Defendants,
CANDACE KALOMBRATSOS,
and GAMBRO HEALTHCARE, INC.,
By their Attorney,

_____
DOUGLAS A. MORGAN, ESQUIRE
BBO 557653
RINDLER MORGAN, PC
133 Portland St., Ste. 500
Boston, MA  02114
(617) 973-0660

## CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for plaintiffs, hereby certify that on this date I did serve the foregoing PLAINTIFFS' MOTION TO CONVENE SCHEDULING CONFERENCE UNDER FED. R. CIV. P. 16 AND LR 16.1 (A) upon the defendants by mailing a true copy, postage prepaid, to the attorneys of record for all other parties as such:  Douglas A. Morgan, RINDLER MORGAN, 133 Portand Street, Boston, Massachusetts 02114.

DATE:  April 29, 2005

_____
CARMEN L. DURSO, ESQUIRE