UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04 10242 MEL

_____

ROBERT H. GABLER and
HELEN D. GABLER

     Plaintiffs

v.


CANDACE KALOMBRATSOS,
and GAMBRO HEALTHCARE, INC.,

     Defendants

_____

## MEMORANDUM OF REASONS IN SUPPORT OF PLAINTIFFS' MOTION TO CONVENE SCHEDULING CONFERENCE UNDER FED. R. CIV. P. 16 AND LR 16.1 (A)

Plaintiffs Robert H. Gabler and Helen D. Gabler have requested the Court to schedule a conference under Fed. R. Civ. P. 16 and LR 16.1. As reasons for the allowance of this motion the plaintiffs state the following:


1.     LR 16.1 (A) states that "the judge shall convene a scheduling conference as soon as practicable, but in any event within ninety (90) days after the appearance of a defendant and within one hundred twenty (120) days after the complaint has been served on the defendant. In cases removed to the court from a state court ..., the judge shall convene a scheduling conference within sixty (60) days after removal or transfer."

2. This case was filed on or about February 3, 2004. The plaintiffs amended the Complaint on or about March 30, 2004. The defendants appeared and answered on or about April 16, 2004.

3. On July 6, 2004 the case was referred to Bristol County Superior Court for the convening of a medical malpractice tribunal under G. L. c. 231, § 60B.

4. The tribunal was held on January 14, 2005, and there was a finding for the plaintiffs as to both defendants (see Exhibit A).

5. A scheduling conference has still not been convened as of this date and it is overdue.

For the foregoing reasons, the plaintiffs request that the Court allow their Motion to Convene Scheduling Conference Under Fed. R. Civ. P. 16 and LR 16.1 (A)

Respectfully,
By their Attorney,

CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-728-9123
April 28, 2005

2

## CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for plaintiffs, hereby certify that on this date I did serve PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO CONVENE SCHEDULING CONFERENCE UNDER FED. R. CIV. P. 16 AND LR 16.1 (A) upon the defendants by mailing a true copy, postage prepaid, to the attorneys of record for all other parties as such:  Douglas A. Morgan, RINDLER MORGAN, 133 Portand Street, Boston, Massachusetts 02114.

DATE:   April 29, 2005

_____

CARMEN L. DURSO, ESQUIRE