*Filed in open Court 6/14/05*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT H. GABLER and<br>HELEN D. GABLER,<br><br>        Plaintiffs,<br><br>v.<br><br>CANDACE KALOMBRATSOS and<br>GAMBRO HEALTHCARE, INC.,<br><br>        Defendants. | Civil Action No.<br>04CV10242MEL |

## 16.1(D)(3) CERTIFICATION

Defense counsel, Douglas A. Morgan and Holly L. Parks hereby certify and affirm that we have conferred with our clients who have reviewed the budget for the cost of conducting the full course and various alternative courses of litigation, and have considered the resolution of the litigation through the use of an alternative dispute resolution program.

Respectfully submitted,
Defendants,
Candace Kalombratsos and
Gambro Healthcare of Massachusetts, Inc.

By their attorneys,

_____
Douglas A. Morgan, BBO No. 557653
Holly L. Parks, BBO No. 647273
Rindler • Morgan, P.C.
133 Portland Street, Suite 500
Boston, MA 02114
Tel: (617) 973-0660

Dated: June 13, 2005