UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************************
                                         *
ROBERT H. GABLER and                     *
HELEN D. GABLER,                         *
     Plaintiffs                          *
                                         *
v.                                       *   C. A. No. 04-10242-MEL
                                         *
CANDACE KALOMBRATSOS,                    *
and GAMBRO HEALTHCARE, INC.,             *
     Defendants                          *
                                         *
*****************************************
```

# JOINT STATEMENT UNDER LOCAL RULE 16.1(D)

### 1. PROPOSED JOINT DISCOVERY PLAN

The parties propose that they will provide all other parties with the automatic document disclosure which is required under Fed. R. Civ. P. 26(a)(1), LR 26.2(A) & LR 35.1, exchange interrogatory answers, respond to requests for production of documents and inspection, and take depositions of parties and witnesses, by November 1, 2005.

All trial experts will be designated by December 31, 2005, and the information required by Fed. R. Civ. P. 26(a)(2) will be provided by January 15, 2006. The parties will take any expert depositions by one month prior to the trial date.

### 2. PROPOSED SCHEDULE OF MOTIONS

The parties will file motions for summary judgment by February 15, 2006.

### 3. PROPOSED PRETRIAL CONFERENCE

The parties suggest a Final Pretrial Conference in April 2006, trial to commence as soon thereafter as convenient for the Court.

_/s/ Carmen L. Durso_
CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
Attorney for Plaintiff
100 Summer Street, Suite 3232
Boston, MA   02110
617-728-9123


_/s/ Holly L. Parks_
DOUGLAS A. MORGAN, ESQUIRE
BBO# 557653
HOLLY PARKS, ESQUIRE
BBO# 6472723
Attorneys for Defendants
RINDLER MORGAN, PC
133 Portland Street, Ste. 500
Boston, MA   02114
(617) 973-0660

June 10, 2005