UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                               )
ROBERT H. GABLER and            )
HELEN D. GABLER                 )
                                               )
        Plaintiffs,                   )
                                             )    Civil Action No.
v.                                             )    04CV10242MEL
                                             )
CANDACE KALOMBRATSOS and )
GAMBRO HEALTHCARE, INC.,    )
                                             )
        Defendants               )
_____)

## ASSENTED TO MOTION TO EXTEND THE TRACKING ORDER

       NOW COME the parties to the above-captioned action and pray that this Honorable Court amend the tracking order to allow for additional discovery.

       In support of this motion, the parties state this is a complex action in the nature of medical malpractice and the purpose of the extension of discovery is specifically to allow for further depositions, which require out-of-state travel. In all other respects, the parties have diligently effectuated and responded to the respective discovery requests.

       Accordingly, the parties pray that the tracking order for this matter be amended as follows:

| | |
|---|---|
| **All discovery requests and depositions completed** | 2/1/2006 |
| **Trial Experts Designated** | 3/31/2006 |
| **Trial Experts Disclosed** | 4/15/2006 |
| **Motion for Summary Judgment** | 5/15/2006 |

WHEREFORE, the parties hereby request that this Court allow their joint motion to extend the tracking order.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>Robert H. Gabler and<br>Helen D. Gabler, | Defendants,<br>Candace Kalombratsos and<br>Gambro Healthcare of Massachusetts, Inc. |
| By their attorneys, | By their attorneys, |
| /s/<br>Carmen L. Durso, BBO# 139340<br>100 Summer Street<br>Suite 3232<br>Boston, MA 02110<br>(617) 728-9123 | /s/<br>Douglas A. Morgan, BBO#557653<br>Holly L. Parks, BBO#64727<br>Rindler • Morgan, P.C.<br>133 Portland Street, Suite 500<br>Boston, MA 02114<br>(617) 973-0660 |