UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
ROBERT H. GABLER and                            )
HELEN D. GABLER                                 )
                                                )
                                                )
         Plaintiffs,                            )
                                                )        Civil Action No.
v.                                              )        04CV10242MEL
                                                )
CANDACE KALOMBRATSOS and                        )
GAMBRO HEALTHCARE, INC.,                         )
                                                )
         Defendants                             )
_____)

## JOINT MOTION TO EXTEND THE TRACKING ORDER

NOW COME the parties to the above-captioned action and pray that this Honorable Court amend the tracking order to allow for additional discovery.

In support of this motion, the parties state this is a complex action in the nature of medical malpractice and the purpose of the extension of discovery is specifically to allow for further depositions, which require out-of-state travel, of Dr. Ronald Bugosky, Amy Crompton, R.N., Susan Marie Botelho, L.P.N., and Katherine Fitzpatrick, R.N. In all other respects, the parties have diligently effectuated and responded to the respective discovery requests.

Accordingly, the parties pray that the tracking order for this matter be amended as follows:

| | |
|---|---|
| **All discovery requests and depositions completed** | **6/5/2006** |
| **Trial Experts Designated** | **8/7/2006** |
| **Trial Experts Disclosed** | **8/21/2006** |
| **Motion for Summary Judgment** | **9/18/2006** |

1

WHEREFORE, the parties hereby request that this Court allow their joint motion to extend the tracking order.


Respectfully submitted,

Plaintiffs,                                         Defendants,
Robert H. Gabler and                                Candace Kalombratsos and
Helen D. Gabler,                                    Gambro Healthcare of Massachusetts, Inc.

By their attorneys,                                 By their attorneys,


/s/ Carmen Durso                                    /s/ Holly L. Parks
Carmen L. Durso, BBO# 139340                        Douglas A. Morgan, BBO#557653
100 Summer Street                                   Holly L. Parks, BBO#64727
Suite 3232                                          Rindler • Morgan, P.C.
Boston, MA 02110                                    133 Portland Street, Suite 500
(617) 728-9123                                      Boston, MA 02114
                                                    (617) 973-0660