CERTIFICATE OF SERVICE

      I, Holly L. Parks, hereby certify that on March 31, 2006, I served this document by mailing a copy of same, by first-class mail, to the following:

Carmen L. Durso, Esq.
100 Summer Street
Suite 3232
Boston, MA 02110