UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN -9 P 1: 32

U.S. DISTRICT COURT
DISTRICT OF MASS

*************************************
                                    *
ROBERT H. GABLER and                *
HELEN D. GABLER,                    *
        Plaintiffs                  *
                                    *
v.                                  *    C. A. No.  04-10242-MEL
                                    *
CANDACE KALOMBRATSOS,               *
and GAMBRO HEALTHCARE, INC.,        *
        Defendants                  *
                                    *
*************************************

# NOTICE OF CHANGE OF ADDRESS

On behalf of the plaintiff(s) in the above entitled action, kindly note the following new address, as of **June 21, 2006**:

## CARMEN L. DURSO, ESQUIRE
## B.B.O. # 139340
## 175 Federal Street, Suite 1425
## Boston, MA 02110-2241
## 617-728-9123