UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*************************************************
                                        *
ROBERT H. GABLER and                    *
HELEN D. GABLER,                        *
      Plaintiffs                        *
                                        *
v.                                      *     C. A. No. 04-10242-MEL
                                        *
CANDACE KALOMBRATSOS,                   *
and GAMBRO HEALTHCARE, INC.,            *
      Defendants                        *
                                        *
*************************************************
```

## JOINT MOTION TO EXTEND THE TRACKING ORDER

NOW COME the parties to the above-captioned action and pray that this Honorable Court amend the tracking order to allow for additional discovery.

In support of this motion, the parties state this is a complex action in the nature of medical malpractice and the purpose of the extension of discovery is specifically to allow for further depositions, which require out-of-state travel, of Susan Marie Botelho, L.P.N. and Katherine Fitzpatrick, R.N.  In all other respects, the parties have diligently effectuated and responded to the respective discovery requests.

Accordingly, the parties pray that the tracking order for this matter be amended as follows:

| | |
|---|---|
| All discovery requests and depositions completed | 10/05/06 |
| Trial Experts Designated | 11/05/06 |
| Trial Experts Disclosed | 11/19/06 |
| Motion for Summary Judgement | 12/18/06 |

WHEREFORE, the parties hereby request that this Court allow their joint motion to extend the tracking order.

Respectfully submitted,

| Plaintiffs,<br>Robert H. Gabler, and<br>Helen D. Gabler | Defendants,<br>Candace Kalombratsos and<br>Gambro Healthcare of Mass., Inc. |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Carmen L. Durso<br>Carmen L. Durso, Esquire<br>BBO#139340<br>175 Federal Street<br>Suite 1425<br>Boston, MA 02110<br>(617)728-9123 | /s/ Holly L. Parks<br>Douglas A. Morgan, BBO#557653<br>Holly L. Parks, BBO#64727<br>Rindler Morgan, P.C.<br>133 Portland St., Ste. 500<br>Boston, MA 02114<br>(617) 973-0660 |

Dated: July 20, 2006