UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
ROBERT H. GABLER and                    )
HELEN D. GABLER,                        )
                                        )
                                        )
            Plaintiffs,                  )
                                        )        Civil Action No.
v.                                      )        04CV10242MEL
                                        )
CANDACE KALOMBRATSOS and                )
GAMBRO HEALTHCARE, INC.,                )
                                        )
            Defendants.                  )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew R. McConville as counsel for the Defendants,

Candace Kalombratsos and Gambro Healthcare of Massachusetts, Inc., in the above-entitled

matter.

                        Respectfully submitted,
                        Defendants,
                        Candace Kalombratsos and
                        Gambro Healthcare of Massachusetts, Inc.

                        By their attorney,


                        /s Andrew R. McConville _____
                        Douglas A. Morgan, BBO No. 557653
                        Andrew R. McConville, BBO No. 632804
                        Rindler • Morgan, P.C.
                        133 Portland Street, Suite 500
                        Boston, MA 02114
                        Tel: (617) 973-0660


Dated:  August 9, 2006