UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04 10242 MEL

ROBERT H. GABLER and
HELEN D. GABLER,

    Plaintiffs

v.

CANDACE KALOMBRATSOS, RN
and GAMBRO HEALTHCARE, INC.,

    Defendants

### PLAINTIFFS' EXPERT DESIGNATION PURSUANT TO FED. R. CIV. P. 26(a)(2)(A) AND COURT ORDER OF 8/3/06

    The plaintiffs, Robert H. Gabler and Helen D. Gabler, through their attorney, hereby designate the following persons who are expected to provide expert testimony at trial, pursuant to Fed. R. Civ. P. 26(a)(2)(A) and the order of the Court dated August 3, 2006:

Susan R. Dickinson, RN
257 King St.
Raynham, MA  02767

Janice Faye Wiesman, MD
720 Harrison Ave., Ste. 707
Boston, MA  02118.

    Respectfully submitted,

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
175 Federal Street, Suite 1425
Boston, MA  02110
617-728-9123