UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT H. GABLER and<br>HELEN D. GABLER,<br><br>       Plaintiffs,<br><br>v.<br><br>CANDACE KALOMBRATSOS and<br>GAMBRO HEALTHCARE, INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04CV10242MEL<br>)<br>)<br>)<br>)<br>) |

**EXPERT DESIGNATION OF THE DEFENDANTS, CANDACE KALOMBRATSOS
AND GAMBRO HEALTHCARE OF MASSACHUSETTS, INC.,
MADE PURSUANT TO FED. R. CIV. P. 26(a)(2)(A) AND THE COURT'S
ORDER OF AUGUST 3, 2006**

The defendants, Candace Kalombratsos and Gambro Healthcare of Massachusetts, Inc., through their attorneys hereby designate the following individual who is expected to provide expert testimony at trial pursuant to Fed. R. Civ. P. 26(a)(2)(A) and the Court's Order of August 3, 2006:

> Louise C. Riemer, MS, APRN, BC, CNN
> Dialysis Access/Transplant Coordinator
> The Transplant Center
> Beth Israel Deaconess Medical Center
> 110 Francis Street, LMOB 7
> Boston, MA 02215

The defendants reserve the right to supplement their expert designation seasonably before trial.

        Respectfully submitted,
        Defendants,
        Candace Kalombratsos and
        Gambro Healthcare of Massachusetts, Inc.

        By their attorneys,


        /s/ Andrew R. McConville
        Douglas A. Morgan, BBO No. 557653
        Andrew R. McConville, BBO#632804
        Rindler • Morgan, P.C.
        133 Portland Street, Suite 500
        Boston, MA 02114
        Tel: (617) 973-0660
        amcconville@rindlermorgan.com

Dated: November 3, 2006

**CERTIFICATE OF SERVICE**

      I, Andrew R. McConville, counsel for defendants, Candace Kalombratsos and Gambro Healthcare of Massachusetts, Inc., hereby certify that on November 3, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Filing. This document was also served by mailing a copy of same, by first-class mail, on November 3, 2006 to the following:

Carmen L. Durso, Esq.
Law Office of Carmen L. Durso
Suite 1425
175 Federal Street
Boston, MA 02110-9123
(617) 728-9123
dursolaw@tiac.net

                                             /s/ Andrew R. McConville
                                             Douglas A. Morgan, BBO # 557653
                                             Andrew R. McConville, BBO #632804
                                             Rindler • Morgan, P.C.
                                             133 Portland Street, Suite 500
                                             Boston, MA 02114
                                             Tel: (617) 973-0660
                                             amcconville@rindlermorgan.com