UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04 10242 MEL

ROBERT H. GABLER and
HELEN D. GABLER

    Plaintiffs

v.

CANDACE KALOMBRATSOS, RN
and GAMBRO HEALTHCARE, INC.,

    Defendants

## PLAINTIFFS' EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)(B) AND COURT ORDER OF 8/3/06

    The plaintiffs, Robert H. Gabler and Helen D. Gabler, through their attorney, hereby submit the reports of trial experts Janice Wiesman, MD and Susan R. Dickinson, RN, pursuant to Fed. R. Civ. P. 26(a)(2)(B) and the Order of the Court (amended scheduling Order) dated August 3, 2006. These experts were designated, pursuant to Fed. R. Civ. P. 26(a)(2)(A) and the same Court Order, on November 3, 2006.

    Respectfully submitted,

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
175 Federal Street, Suite 1425
Boston, MA  02110
617-728-9123
November 17, 2006

## CERTIFICATE OF SERVICE

I, Carmen L. Durso, attorney for the plaintiffs, hereby certify that on this date I did serve the above document, PLAINTIFFS' EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)(B) AND COURT ORDER OF 8/3/06, electronically upon the attorney of record for each other party, namely Douglas A. Morgan, RINDLER MORGAN, 133 Portland Street, Boston, Massachusetts 02114.

DATE:   November 17, 2006

/s/ Carmen L. Durso
CARMEN L. DURSO, ESQUIRE