

**Boston University
School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

November 7, 2006

Carmen L. Durso, Esq.
175 Federal St.
Suite 1425
Boston, MA 02110

Dear Mr. Durso,

    I have been asked to render an opinion regarding the neurological condition of Mr. Robert H. Gabler and the relationship, if any, between his condition and an incident at Gambro Healthcare New Bedford on July 15, 2002. In preparation for writing this opinion, I reviewed various medical records of Mr. Gabler which included:

Medical records from Robert A. Watson, MD;
Medical Records from Robert A. Sirota, MD and Hypertension-Nephrology Assoc;
Medical Record from New Bedford Vascular Surgery;
Medical Records from Orthopedic Specialty Center;
Medical Records from NovaCare;
Hospital Records from Abington Memorial Hosp.;
Medical Records from J.H. Pokorny, MD;
Medical Records from Medical Associates of Southampton;
Gambro New Bedford Records; and
Gambro Willow Grove Records.



**Boston University
School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
(617) 638-5350

I have also reviewed the Affidavit of Robert H. Gabler dated 11/30/04, the parties' answers to interrogatories, and depositions of the following people:

Robert H. Gabler;
Candace Kalombratsos, RN;
Mary Stein, RN;
Ronald T. Bogusky, M.D.;
Amy Crompton, RN;
Marianne Faria, RN; and
Katherine Fitzpatrick, RN;

Finally, I conducted a physical examination of Mr. Gabler on December 2, 2005 which included a history-taking. I expect to examine Mr. Gabler again before trial.

## HISTORY

Mr. Gabler is an 82 year old right-handed man, a retired insurance salesman, with a long history of renal failure of unknown etiology. With minimal kidney function, he underwent the creation of a fistula, the surgical joining of a vein and an artery, in his left forearm in 1997 in preparation for hemodialysis. When hemodialysis commenced, he was fully prepared for it medically by virtue of the fistula, and his treatments occurred essentially without incident until July 15, 2002. By all accounts, he was a fully active 77-year old man. His nephrologist, Dr. Robert Sirota, remarked in a note on January 22, 2002 that "Bob has been on dialysis for about 3.5 years. He is 77 years old, fully active, and is doing well." Mr. Gabler had reported no history of nerve dysfunction in his left hand or arm.



**Boston University
School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

On July 15, 2002 he underwent hemodialysis at Gambro Healthcare in New Bedford, Massachusetts. This was not his usual place of hemodialysis. He attended this site as he was on vacation. During the dialysis session, his dialysis fistula was not accessed as usual, and instead, the access was placed just above the elbow, on the medial side of the left arm. This session lasted for about three hours when the site infiltrated and the needle was removed. Mr. Gabler noted swelling of the arm at the site of the infiltration. The needle was then replaced just above the first access site. As soon as the needle was placed the second time, Mr. Gabler complained of pain in the forearm and lateral hand, the needle was removed and dialysis was stopped. After the dialysis session, and for several days, Mr. Gabler experienced severe swelling in his left arm. Since that dialysis session he has had limited use of the left hand due to weakness and loss of sensation. Mr. Gabler reports difficulty using his left hand for fine movements, such a buttoning buttons and holding eating utensils. Mr. Gabler reports numbness in the palm of the left hand on the lateral aspect as well as in digit II.

## PHYSICAL

On examination, Mr. Gabler is thin but well nourished and appears his stated age. There is a very large fistula in the left forearm that takes up the entire width of the forearm. He is awake, alert and oriented to person, place and date. He is easily conversant and can relate a coherent history. Pupils are equal, round and reactive to light. Extraocular movements are full and conjugate. Facial sensation is normal to light touch in all three divisions of the trigeminal nerve. Facial movement is symmetrical and full. Hearing is intact grossly. Palate rises symmetrically and tongue protrudes in the midline.

On motor examination, the abductor pollicus brevis (APB) in the left shows moderate atrophy, and muscles which are innervated by the median nerve show moderate weakness. Tone is normal in the upper and lower extremities. In the lower extremities, power is full (graded as 5/5 on a 0 to 5



**Boston University**
School of Medicine

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

rating scale). In the right upper extremity, power is full, graded as 5/5, in all muscles except the abductor pollicus brevis (APB), which shows moderate atrophy and whose power is graded as 4/5. This is a small muscle at the base of the thumb. In the left upper extremity moderate atrophy of the APB is noted. The following muscles are graded as 4/5: Abductor pollicus brevis, 1st lumbrical, opponens pollicus, flexor pollicus longus, flexor digitorum profundus to digits II and III, (but with normal power in digits IV and V), pronator teres and flexor carpi radialis. All of these muscles (except the flexor digitorum profundus to digits IV and V) are innervated by the median nerve. This muscle weakness makes it difficult for Mr. Gabler to pinch together his thumb and forefinger. The following muscles showed full power (5/5): 1st dorsal interosseous, extensor indicis proprius, extensor digitorum communis, brachioradialis, biceps, triceps and deltoid.

Tendon reflexes are graded from 0 to 4. On examination of Mr. Gabler, the brachioradialis reflex is graded as ¼, the biceps reflex is graded as 2/4 and triceps as ¼ bilaterally. In the lower extremities, the patellar reflex is 2/4 and the Achilles reflex is 0/4, bilaterally.

Sensation is normal to cold and pinprick in the right hand and forearm. In the left hand, there is loss of sensation to cold and pinprick along the lateral aspect of the palm and digit II. This is the distribution of the median nerve. Sensation is normal in digits III, IV and V as well as over the dorsal aspect of the thumb and hand. In the lower extremities, cold sensation is absent to the knees and vibration sensation is decreased in the toes and normal at the ankles. The findings in the lower extremities are consistent with some peripheral neuropathy secondary to renal failure. Cerebellar testing with finger-to-nose maneuver is normal. Gait is narrow based and steady.



**Boston University**
**School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

Since the New Bedford incident Mr. Gabler has had many evaluations over the years by other physicians. The day after the incident, on July 16, 2002, he was seen by Wes J. Arlein, MD, a vascular surgeon in New Bedford, who found a hematoma with numbness into the thumb and fingers. His impression was of a median nerve injury. Later, a hand surgeon, Moody Kwok, MD in Pennsylvania, believed Mr. Gabler had a "left median nerve injury, most likely a common median nerve injury," as indicated in his September 3, 2002 report. Nerve Conduction Studies and Electromyography were performed on 9/6/02 by Nasrat Ghattas, M.D. and the study was interpreted as showing a generalized peripheral neuropathy and a left anterior interosseous nerve lesion.

## FINDINGS AND OPINIONS

With a reasonable degree of medical certainty, I believe that Mr. Gabler incurred a lesion, but actually not to the anterior interosseous nerve, as described by Nasrat Ghattas, MD. Rather, the lesion is more proximal than the anterior interosseous nerve. I reach this opinion because the anterior interosseous nerve (AION) is a pure motor branch of the main trunk of the median nerve which is a mixed motor and sensory nerve. The AION branches from the median nerve in the upper forearm.

I have performed nerve conduction studies and electromyography as part of my practice for over 11 years. My own interpretation of the raw data of Mr. Gabler's Nerve Conduction Studies and Electromyography as well as the history and examination lead me place the lesion more proximal than the anterior interosseous nerve. I come to this opinion by noting that all of the muscles in the left forearm and hand that are weak are innervated by the median nerve while muscles innervated by the same level of the spinal cord and different nerves show full power. In addition, the area of numbness outlined in the exam corresponds to the distribution of the median nerve. The significance of this difference is that the weakness and sensory loss from a main trunk lesion is more traumatic for the patient than



**Boston University
School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

an anterior interosseous lesion because the former makes it exceedingly difficult to pinch together thumb and forefinger. This inability makes it difficult for Mr. Gabler to hold eating utensils and writing instruments as well as work buttons. It also makes it difficult to make a fist and to firmly grasp objects with the left hand. At the time of my neurologicl examination, Mr. Gabler told me that he did not have these problems prior to the cannulation episode mentioned above.

My difference with his diagnosis is understandable inasmuch as Mr. Gabler's large fistula likely made it difficult to study the nerve function in the usual manner, i.e., by placing the elelctromyography needle directly into the muscles of the forearm underneath the access site. The inability to study these forearm muscles led to the lesion being placed distal (closer to the hand) from where it actually exists. The presence of sensory loss and weakness of median innervated muscles of the forearm point to a lesion in the main trunk of the nerve at the level of the flexor digitorum profundus and not the anterior interosseous branch. It is my opinion, based upon a reasonable degree of medical certainty, that this lesion is the cause of Mr. Gabler's loss of function and lack of sensation in the left hand. Although some peripheral neuropathy is to be expected from renal failure in general, Mr. Gabler complained of no recognizable loss of sensation prior to the cannulation event.



**Boston University
School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617-638-5350

The median nerve is located in close proximity to the brachial artery, just above the elbow. This is illustrated below:



(Level of elbow)

Thumb side of hand

Small Digit Side of hand

The artery is red, the vein blue and the nerve yellow.

Illustration from Gray's Anatomy (Bartelby's.com)

BOSTON UNIVERSITY MEDICAL CENTER
BOSTON UNIVERSITY SCHOOL OF MEDICINE · SCHOOL OF PUBLIC HEALTH · BOSTON UNIVERSITY GOLDMAN SCHOOL OF DENTAL MEDICINE · BOSTON MEDICAL CENTER



## Boston University
## School of Medicine

**Department of Neurology**
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

The main trunk of the median nerve is located in the arm, above the elbow. Just below the elbow, the nerve branches into the anterior interosseous nerve and the median nerve in the forearm. The anterior interosseous nerve goes to muscles in the forearm. The anterior interosseous nerve does not have a sensory component. The median nerve in the forearm goes to muscles and also has a sensory component that goes to digits I,II,III and half of digit IV. In Mr. Gabler's neurological exam, I noted sensory loss in digit II as well as weakness in muscles that receive their nerve supply from the anterior interosseous nerve (flexor pollicus longus and flexor digitorum prfundus to digits II and III) and muscles that receive their nerve supply from the median nerve in the forearm (abductor pollicus brevis, first lumbrical and the opponens pollicus). A diagram of the branches of the median artery is shown below:



Source: Orrin Devinsky and Edward Feldmann, Examination of the Cranial and Peripheral Nerves, 1988



**Boston University
School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

The distribution of the neuropathy, and the reports of infiltration and lightning pain on July 15, 2002 make me believe, with a reasonable degree of medical certainty, that the lesion to the median nerve was caused, more probably than not, by the actions of Nurse Kalombratsos in cannulating Mr. Gabler on July 15, 2002.

I also believe, with a reasonable degree of medical certainty that, more probably than not, the mechanism of the injury was the combined effect of two main events: compression of the nerve due to swelling of the arm after the first access site infiltrated, then the stabbing injury to the nerve during insertion of the access needle the second time. Most likely, the infiltration alone would not have caused this damage which would have required a more direct mechanical insult.

Finally, it is also my opinion, with a reasonable degree of medical certainty, that given Mr. Gabler's inability to recover function for over four years, he will not see further recovery of function, beyond what I have seen on examination. Nerve function does not suddenly return after such an absence; and all treatment options have been exhausted.

The bases for my opinion include my education, training and experience as a Board-certified neurologist, my review of the raw data, documents and depositions listed above, and my examination of the patient. I do not expect my opinion to change upon re-examination.



**Boston University
School of Medicine**

Department of
Neurology
715 Albany Street
Boston, Massachusetts
02118-2526
617 638-5350

My qualifications (in the form of my curriculum vitae), along with a list of my publications within the preceding ten years, is attached. My payment received on this matter to date is $850 and my hourly rate for testifying is $500. I have not testified as an expert in the past four years.

Sincerely,

Janice Wiesman, M.D.
Assistant Clinical Professor of Neurology
Boston University School of Medicine
Staff Physician, Boston Medical Center
Director, Electromyography Laboratory, Boston Medical Center

Janice Faye Wiesman, M.D.
720 Harrison Avenue Suite 707
Boston, MA 02118
Telephone: (617) 638-7963
Email: jwiesman@bu.edu
Mass. Medical License Number 78681

**Education**
| | |
|---|---|
| 1985-1989 | Hahnemann University School of Medicine, Philadelphia, PA., Doctor of Medicine |
| 1980-1983 | University of Rochester, Rochester, NY., Master of Science, Anatomy |
| 1976-1980 | University of Rochester, Rochester, NY., Bachelor of Science with Distinction, Neuroscience |

**Postdoctoral Training**
| | |
|---|---|
| 1994-1995 | Fellow in Neurophysiology and Neuromuscular Disease, Lahey Clinic, Burlington, MA. |
| 1990-1993 | Resident in Neurology, Harvard Longwood Training Program, Boston, MA. |
| 1989-1990 | Intern in Medicine, Hahnemann University Hospital, Philadelphia, PA. |

**Research**
| | |
|---|---|
| 1980-1983 | Master of Science Thesis: Interference of Periventricular Somatostatin Neuron Generation in the Mouse. |

**Academic**
| | |
|---|---|
| 2005-current | Vertical Integration Group – The Mind, Boston U. School of Medicine |
| 2005-current | Participant in Educational Retreats, Boston U. School of Medicine |
| 2005 | Teaching Cultural Competency to Medical Students: Harvard Pilgrim HealthCare Course, taken Jan 2005. |
| 2004-current | Advisor-at-Large, Boston U. School of Medicine |
| 2004-current | Clinical Curriculum Committee, Boston U. School of Medicine |
| 2000-2005 | Member Honors Committee, Boston U. School of Medicine |
| 1997-current | Assistant Clinical Professor of Neurology, Boston U. School of Medicine |
| 1997-current | Neurologist, Amyloid Treatment Center, Boston U. School of Medicine |
| 1997-current | Director, 4th Year Neurology Clerkship, Boston U. School of Medicine |
| 1997-current | Member of 3rd and 4th year Promotions Com., Boston U. School of Medicine. |
| 1995-1997 | Instructor in Neurology, Boston University School of Medicine |
| 1995-1998 | Instructor in Neurology, Harvard Medical School |
| 1992-1998 | Guest lecturer in Neurology, Physical Therapy Program, Simmons College, Boston |

Janice Faye Wiesman, M.D. (cont.)

**Employment**
| | |
|---|---|
| 2001-current | Inpt. Clinical Service Director, Dept. of Neurology, Boston Medical Center |
| 1998-current | Consultant in Neurology, Amyloid Program, Boston Medical Center |
| 1998-current | Director, EMG Laboratory, Boston Medical Center |
| 1997-current | Staff Neurologist, Boston Medical Center |
| 1996-1999 | Director ALS Clinic, Boston Medical Center |
| 1995-1997 | Consultant in Neurology, University Hospital, Boston, MA. |
| 1995-1998 | Consultant in Neurology, Children's Hospital, Boston, MA. |
| 1994-current | Consultant in Neurology, Franciscan Children's Hospital, Boston, MA. |
| 1994 | Staff Neurologist, Franciscan Children's Hospital, Boston, MA. |
| 1983-1985 | Associate Scientist, Division of Reproductive Toxicology, CIBA-Geigy Pharmaceuticals, Summit, NJ. |

**Publications**

Berk JL, Wiesman JF, Skinner M, Sanchorawala V. Diaphragm paralysis in primary systemic amyloidosis. Amyloid. 2005 Sep;12(3):193-6.

Skinner, M, et al. "High-Dose Melphalan and Autologous Stem-Cell Transplantation in Patients with AL Amyloidosis: An 8-Year Study. *Annals of Internal Medicine* 2004; 140:85.

Wiesman, J. "Overview of Overactive Bladder", an article review, *Journal Watch*, May, 2004.

Wiesman, J, Feldman, RG. "Drug Induced Peripheral Neuropathies" in *The Office Practice of Neurology*, Samuels and Feske, Eds., Harcourt Health Sciences Publishing, Philadelphia, 2003, Chpt 99.

**Neurology Grand Rounds, Boston University**
| | |
|---|---|
| 2005 | Peripheral Nervous System Manifestation of Amyloidosis |
| 2001, 2004 | Neuromuscular Emergencies |
| 2000 | AIDP vs CIDP |
| 1999 | Pathophysiology and Treatment of Spasticity |
| 1997 | The Case of the Weak Waiter: Thyrotoxic, Hypokalemic Periodic Paralysis |
| 1996 | Case discussion: Multifocal Motor Neuropathy with Conduction Block. |

**Other Lectures**
| | |
|---|---|
| June 2005 | Movement Disorder Society/AAN sponsored course regarding Uses of Botulinum Toxin, Lecture and Demonstration of Dystonic Limbs, Boston, MA. |
| 2004-current | Lecturer, Department of Rehabilitation Medicine, Boston U. School of Medicine |

## Janice Faye Wiesman, M.D.

**Certifications and Honors**

| | |
|---|---|
| 2005 | Recertification, American Board of Psychiatry and Neurology |
| 2005 | Neurology Resident's Best Morning Report – Teaching Award, Boston Univ. |
| 1999 | Certificate in Added Qualifications in Clinical Neurophysiology, American Board of Psychiatry and Neurology |
| 1995 | Diplomate of the American Board of Psychiatry and Neurology |
| 1995 | Diplomate of the American Board of Electrodiagnostic Medicine |
| 1989 | Hahnemann University Hospital Association Award |
| 1986 | Alpha Omega Alpha, awarded in junior year. |
| 1980-1982 | Fellowship Training Grant, National Institutes of Health |
| 1980 | Second Prize, Poetry Competition, University of Rochester |

**Memberships**

American Academy of Neurology
American Association of Electrodiagnostic Medicine
Boston Society of Psychiatry and Neurology