UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT H. GABLER and<br>HELEN D. GABLER,<br><br>      Plaintiffs,<br><br>v.<br><br>CANDACE KALOMBRATSOS and<br>GAMBRO HEALTHCARE, INC.,<br><br>      Defendants. | Civil Action No.<br>04CV10242MEL |

**EXPERT DISCLOSURE OF THE DEFENDANTS, CANDACE KALOMBRATSOS AND
GAMBRO HEALTHCARE OF MASSACHUSETTS, INC.,
MADE PURSUANT TO FED. R. CIV. P. 26(a)(2)(B) AND THE COURT'S
ORDER OF AUGUST 3, 2006**

Now come defendants, Candace Kalombratsos and Gambro Healthcare of Massachusetts, Inc., and through their attorneys hereby make the following expert witness disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B) and the Court's Order of August 3, 2006:

    Louise C. Riemer, MS, APRN, BC, CNN
    Dialysis Access/Transplant Coordinator
    The Transplant Center
    Beth Israel Deaconess Medical Center
    110 Francis Street, LMOB 7
    Boston, MA 02215

A copy of Ms. Riemer's report, containing her opinions and the bases and reasons therefor, is attached as Exhibit A.

Ms. Riemer will be compensated at a rate of $300 per hour for case review and deposition and trial testimony. Within the preceding four years, Ms. Riemer has not testified as

an expert witness at trial or by deposition. In 1999, Ms. Riemer authored an article entitled, "Nursing in the chronic dialysis unit" published in <u>Nursing Spectrum</u>.  Within the preceding ten years, Ms. Riemer has not authored, co-authored, and/or contributed to any other publications.

The defendants reserve the right to supplement their expert disclosure seasonably before trial.

                                                Respectfully submitted,
Defendants,
Candace Kalombratsos and
Gambro Healthcare of Massachusetts, Inc.

By their attorneys,

<u>/s/ Andrew R. McConville</u>
Douglas A. Morgan, BBO No. 557653
Andrew R. McConville, BBO#632804
Rindler • Morgan, P.C.
133 Portland Street, Suite 500
Boston, MA 02114
Tel: (617) 973-0660
amcconville@rindlermorgan.com

Dated:  November 17, 2006

**CERTIFICATE OF SERVICE**

      I, Andrew R. McConville, counsel for defendants, Candace Kalombratsos and Gambro Healthcare of Massachusetts, Inc., hereby certify that on November 17, 2006, this document and the attachments thereto filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Filing.  This document and the attachments thereto were also served by mailing a copy of same, by first-class mail, on November 17, 2006 to the following:

Carmen L. Durso, Esq.
Law Office of Carmen L. Durso
Suite 1425
175 Federal Street
Boston, MA 02110-9123
(617) 728-9123
dursolaw@tiac.net

                                                /s/ Andrew R. McConville
                                                Douglas A. Morgan, BBO # 557653
                                                Andrew R. McConville, BBO #632804
                                                Rindler • Morgan, P.C.
                                                133 Portland Street, Suite 500
                                                Boston, MA 02114
                                                Tel: (617) 973-0660
                                                amcconville@rindlermorgan.com