UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT H. GABLER and <br> HELEN D. GABLER, <br><br> Plaintiffs, <br><br> v. <br><br> CANDACE KALOMBRATSOS and <br> GAMBRO HEALTHCARE, INC., <br><br> Defendants. | Civil Action No. <br> 04CV10242MEL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned matter, pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii), hereby stipulate that this action be dismissed as to Defendants, Candace Kalombratsos and Gambro Healthcare, Inc. with prejudice, without costs, and waiving all rights of appeal.

| | |
|---|---|
| The Plaintiff, <br> **Robert Gabler and** <br> **Helen Gabler**, <br> By their attorney, | The Defendant, <br> **Candace Kalombratsos and** <br> **Gambro Heathcare, Inc.,** <br> By their attorneys, |
| /s/Carmen Durso <br> Carmen Durso, BBO No. 139340 <br> Law Office of Carmen Durso <br> 100 Summer Street, Suite 1425 <br> Boston, MA 02110 <br> (617) 728-9123 <br> dursolaw@tiac.net | /s/ Douglas A. Morgan <br> Douglas A. Morgan, BBO No. 55765 <br> Andrew McConville, BBO No. 632804 <br> **Rindler · Morgan, P.C.** <br> 133 Portland Street, Suite 500 <br> Boston, MA 02114-1728 <br> (617) 973-0660 <br> dmorgan@rindlermorgan.com |

Dated: May 23, 2007

**CERTIFICATE OF SERVICE**

      I, Andrew R. McConville, counsel for defendants, Candace Kalombratsos and Gambro Healthcare, Inc., hereby certify that on May 23, 2007, this document filed through the ECF system will be sent electronically to the registered participant as identified on the Notice of Filing. This document was also served by mailing a copy of same, by first-class mail, on May 23, 2007 to the following:

Carmen L. Durso, Esq.
Law Office of Carmen L. Durso
Suite 1425
175 Federal Street
Boston, MA 02110-9123
(617) 728-9123
dursolaw@tiac.net

                              /s/ Andrew R. McConville
                              Douglas A. Morgan, BBO # 557653
                              Andrew R. McConville, BBO #632804
                              Rindler • Morgan, P.C.
                              133 Portland Street, Suite 500
                              Boston, MA 02114
                              Tel: (617) 973-0660
                              amcconville@rindlermorgan.com